| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF DELAWARE | |
| Case number (if known) _____   Chapter  **11** | |

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **iSun, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  iSun** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-2150172** |

| | | | | |
|---|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | | **Mailing address, if different from principal place of business** |
| | | **400 Avenue D, Suite 10**<br>**Williston, VT 05495** | | |
| | | Number, Street, City, State & ZIP Code | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Chittenden** | | **Location of principal assets, if different from principal place of business** |
| | | County | | |
| | | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | _____ |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **iSun, Inc.**                                                             Case number (*if known*)_____
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. Check *all* that apply:

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No.

   ☐ Yes.

   | | District | When | Case number |
   |---|---|---|---|
   | | District _____ | When _____ | Case number _____ |
   | | District _____ | When _____ | Case number _____ |

Debtor   **iSun, Inc.**                                                              Case number (*if known*)
         <u>Name</u>

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor   **SEE ATTACHMENT**                        Relationship _____

    District _____   When _____   Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    | | | |
    |---|---|---|
    | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
    | ☐ 200-999 | | |

15. **Estimated Assets**

    | | | |
    |---|---|---|
    | ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **iSun, Inc.**  Case number (*if known*) _____
     Name

| 16. Estimated liabilities | ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **iSun, Inc.**                                                    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/03/2024**
             MM / DD / YYYY

X  /s/ [signature]                                                **Jeff Peck**
   Signature of authorized representative of debtor               Printed name

Title  **President and CEO**

**18. Signature of attorney**

X  /s/ [signature]                                                Date  **06/03/2024**
   Signature of attorney for debtor                                     MM / DD / YYYY

**Michael Busenkell**
Printed name

**Gellert Seitz Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-425-5812**     Email address  **mbusenkell@gsbblaw.com**

**3933 DE**
Bar number and State

**ATTACHMENT TO VOLUNTARY PETITION**

1. **Pending Bankruptcy Cases Filed by Affiliates of the Debtor**

Concurrently herewith, each of the affiliated entities listed below, including the Debtor filing this petition (the "Debtors"), filed a petition in the United States Bankruptcy Court for the District of Delaware (the "Court") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532.

1. Hudson Solar Service, LLC
2. Hudson Valley Clean Energy, Inc.
3. iSun Corporate, LLC
4. iSun Energy LLC
5. iSun Industrial, LLC
6. iSun Residential, Inc.
7. iSun Utility, LLC
8. iSun, Inc.
9. Liberty Electric, Inc.
10. Peck Electric Co.
11. SolarCommunities, Inc.
12. Sun CSA 36, LLC

Contemporaneously with the filing of their voluntary petitions, the Debtors filed a motion requesting that this Court jointly administer their chapter 11 cases for procedural purposes only.

# CERTIFICATE OF RESOLUTION
# AUTHORIZING PREPARATION FOR FILING OF
# VOLUNTARY PETITION FOR REORGANIZATION
# UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

At a special meeting of the Board of Directors (the "Board of Directors") of iSun, Inc., a Delaware corporation (the "Corporation"), duly constituted and held on May 22, 2024, the following resolutions were discussed and thereafter adopted by unanimous consent:

WHEREAS, the Board of Directors of the Corporation has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts, the offer received by the Corporation to acquire the Corporation and its business through a reorganization of the Corporation, options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the President (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), and to commence the Chapter 11 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 11 of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 11 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Seitz Busenkell and Brown, LLC as general reorganization counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Seitz Busenkell & Brown, LLC;

RESOLVED, that the Corporation shall employ England & Company as investment banker and advisor to advise the Corporation in carrying outs it duties; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of England & Company;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer determines are necessary in order to conduct the Chapter 11 Case and to operate the business while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 11 Case and to effectuate a reorganization or liquidation of the Corporation as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

RESOLVED, that Rob Vanderbeek is hereby appointed as Chief Restructuring Officer of the Corporation.

RESOLVED, that the Authorized Officer is authorized to (i) obtain debtor in possession financing and enter into any related agreements; and (ii) pursue the sale of the Corporation's assets subject to court approval under section 363 of the Bankruptcy Code.

I, the undersigned, the president of iSun, Inc., do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Corporation by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of iSun Residential, Inc. this 22nd day of May 2024.

By: _____
Name: Jeffrey Peck
Title: President

Case 24-11144    Doc 1    Filed 06/03/24    Page 9 of 18

By: _____
Name: Jeffrey Peck

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re **iSun, Inc., et al.**                                                                 Case No.
                                  Debtor(s)                                                   Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 95,856.00 |
   | Prior to the filing of this statement I have received | $ 95,856.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/03/2024                                          /s/ Michael Busenkell
Date                                                **Michael Busenkell**
                                                    *Signature of Attorney*
                                                    **Gellert Seitz Busenkell & Brown, LLC**
                                                    **1201 N. Orange Street**
                                                    **Suite 300**
                                                    **Wilmington, DE 19801**
                                                    **302-425-5812   Fax: 302-425-5814**
                                                    **mbusenkell@gsbblaw.com**
                                                    *Name of law firm*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iSun, Inc., *et al.*,[1] | Case No. 24-_____ |
| Debtors. | (Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the debtors and debtors in possession in the above-captioned cases (the "Debtors"), to the best of their knowledge, information, and belief, hereby state as follows:

1. iSun Corporate, LLC, iSun Energy, LLC, iSun Industrial, LLC, iSun Residential, Inc., and iSun Utility, LLC are wholly owned subsidiaries of iSun,, Inc.

2. Liberty Electric, Inc., and Peck Electric Co., are wholly owned subsidiaries of iSun Industrial, LLC.

3. SolarCommunities, Inc., is a wholly owned subsidiary of iSun Residential, Inc.

4. Hudson Solar Service, LLC, Hudson Valley Clean Energy, Inc., and Sun CSA36, LLC, are wholly owned subsidiaries of SolarCommunities, Inc.

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) iSun, Inc. ("iSun") (0172) (ii) Hudson Solar Service, LLC ("Hudson") (1635); (iii) Hudson Valley Clean Energy, Inc. ("Hudson Valley") (8214); (iv) iSun Corporate, LLC ("iSun Corporate") (4391); (v) iSun Energy, LLC ("iSun Energy") (1676); (vi) iSun Industrial, LLC ("iSun Industrial") (4333); (vii) iSun Residential, Inc. ("iSun Residential") (3525); (viii) iSun Utility, LLC ("iSun Utility") (4411) ; (ix) Liberty Electric, Inc. ("Liberty") (8485); (x) Peck Electric Co. ("Peck") (5229); (xi) SolarCommunities , Inc. ("SolarCommunities") (7316); and (xii) Sun CSA 36, LLC ("Sun CSA") (7316); (collectively referred to as the "Debtors"). The Debtors' mailing address is: 400 Avenue D, Suite 10 Williston, Vermont 05495, with copies to Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| iSun, Inc., *et al.*,[1] | Case No. 24 - _____ |
| Debtors. | (Joint Administration Requested) |

**CONSOLIDATED LIST OF CREDITORS HOLDING THE 30 LARGEST
UNSECURED CLAIMS**

Set forth below is the list of creditors that hold, based upon information presently available and belief, the thirty (30) largest unsecured claims (the "Top 30 List") against iSun, Inc., and its affiliated debtors and debtors in possession (collectively, the "Debtors"). This list has been prepared based upon the books and records of the Debtors. The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 30 List does not include: (1) persons who come within the definition of an "insider" as set forth in 11 U.S.C. § 101(31); or (2) secured creditors, including those creditors with a right to setoff under applicable law, unless the value of the collateral (or amount entitled to be offset) is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation, (a) the failure of the Debtors to list any claim as contingent, unliquidated, disputed, or subject to a setoff; or (b) the listing of any claim as unsecured neither constitutes an admission by the Debtors that the secured lenders listed hold any deficiency claims, nor constitutes a waiver of the Debtors' rights to contest the validity, priority, nature, characterization, and/or amount of any claim.

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) iSun, Inc. ("iSun") (0172) (ii) Hudson Solar Service, LLC ("Hudson") (1635); (iii) Hudson Valley Clean Energy, Inc. ("Hudson Valley") (8214); (iv) iSun Corporate, LLC ("iSun Corporate") (4391); (v) iSun Energy, LLC ("iSun Energy") (1676); (vi) iSun Industrial, LLC ("iSun Industrial") (4333); (vii) iSun Residential, Inc. ("iSun Residential") (3525); (viii) iSun Utility, LLC ("iSun Utility") (4411) ; (ix) Liberty Electric, Inc. ("Liberty") (8485); (x) Peck Electric Co. ("Peck") (5229); (xi) SolarCommunities , Inc. ("SolarCommunities") (7316); and (xii) Sun CSA 36, LLC ("Sun CSA") (7316); (collectively referred to as the "Debtors"). The Debtors' mailing address is: 400 Avenue D, Suite 10 Williston, Vermont 05495, with copies to Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **iSun, Inc., et al.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Green Mountain Electric (GMES) 356 Rathe Road Colchester VT 05446 | Nathan Laber natel@gmes.com (802) 391-4902 | Trade Claim | Disputed | | | $1,792,743.34 |
| Tesla Energy 12832 S. Frontrunner Blvd Draper, UT 84020 | Brian Riccitelli briccitelli@tesla.com (908) 229-5600 | Trade Claim | Disputed | | | $1,693,864.14 |
| APA Solar Racking 20-345 County Road X PO Box 224 Ridgeville Corners OH 43555 | Steven Henry stevenh@apasolar.com 419-863-1942 | Trade Claim | Disputed | | | $1,351,940.99 |
| Opsun Systems, Inc. 979 Ave De Borgogne, Local 260 Quebec ON G1W 2L4 Canada | Serge accounting@opsun.com 418-651-4040 | Trade Claim | Disputed | | | $1,121,266.44 |
| Polar Racking Inc – Utility 6889 Rexwood Road 5 Mississauga ON L4V 1R2 Canada | Jonathan Mizrachi jonathan.mizrachi@polarracking.com (833) 801-5233 | Trade Claim | Contingent / Disputed | | | $769,355.20 |

Debtor **iSun, Inc., et al.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sun Pull Bundled Wire<br>394 Hangar Road<br>Rome NY 13441 | Nick Eberly<br>nick.eberly@sunpullwire.com<br>419-467-4812 | Trade Claim | Disputed | | | $650,886.47 |
| Gamechange Solar<br>152 West 57th Street<br>44th Floor<br>New York NY 10019 | Olga Filippova<br>Olga.Filippova@gamechangesolar.com<br>212-388-5180 | Trade Claim | Disputed | | | $586,747.00 |
| CED Greentech East 0120/0933<br>CED Green Tech<br>PO Box 780846<br>Philadelphia PA 19178-0846 | Jeremy Demers<br>jeremy.demers@ced.com<br>207-368-4367 | Trade Claim | Disputed | | | $566,705.29 |
| Solar Operation Solutions<br>PO BOX 1342<br>Brownfield TX 79316 | Corey Koenig<br>corey@phoenixsolarusa.com<br>802-279-3417 | Trade Claim | Disputed | | | $487,837.50 |
| Light Chain Solar LLC<br>2694 Sunset Lake Dr<br>Cape Coral FL 33909 | Bill Pastors<br>bpastors@lightchainsolar.com<br>812-592-4311 | Trade Claim | Disputed | | | $468,318.00 |
| IBEW Local 300<br>3 Gregory Drive<br>South Burlington VT 05403 | Lindsey Brown<br>lab@ibewlocal300.org<br>(802) 864-5864 | Union Dues | Disputed | | | $406,568.91 |
| T Ford Company, Inc<br>124 Tenney Street<br>Georgetown MA 01833 | Bill Peach<br>Bill@tford.com | Trade Claim | Disputed | | | $367,800.00 |
| Chint Power Systems America Co. (CPS)<br>2188 Pomona Blvd<br>Pomona CA 91768 | Olivia Want<br>ar@chintpowersystems.com<br>(626) 330-7007 | Trade Claim | Disputed | | | $354,362.00 |

Debtor **iSun, Inc., et al.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Merritt & Merritt<br>60 Lake Street<br>2nd Floor<br>PO Box 5839<br>Burlington VT 05402 | Ken Merritt<br>kmerritt@merritt-merritt.com<br>802-658-7830 | Professional Services | Disputed | | | $352,523.00 |
| QT Corporation<br>2700 Forest Hills Loop SW<br>Wilson NC 27839 | Jimmy Sauls<br>jamessauls@qt-corporation.com<br>(252) 399-7600 | Trade Claim | Disputed | | | $323,345.78 |
| American Express<br>PO Box 1270<br>Newark NJ 07101-1270 | | Credit Card | Disputed | | | $317,110.00 |
| First Insurance Funding<br>PO Box 7000<br>Carol Stream IL 60197-7000 | Maureen Ivy<br>firstinsite@firstinsurancefunding.com<br>800-837-3707 | Insurance Provider | Disputed | | | $282,094.92 |
| AssuredPartners<br>PO Box 6203<br>Brattleboro VT 05302-6203 | Camille Perkins<br>Camille.Perkins@assuredpartners.com<br>(800) 742-2765 | Insurance | Disputed | | | $255,019.33 |
| Sunbelt Solomon<br>1922 S. MLK Jr. Drive<br>Temple TX 76504 | Tyler Kemp<br>Tyler.Kemp@sunbeltsolomon.com<br>785-655-2629 | Equipment | Disputed | | | $238,977.00 |
| Zane Construction, LLC<br>17 Pond Meadow Road<br>Killingworth CT 06419 | Malaina Sylvestre<br>malaina@zaneconstructiongroup.com<br>203-980-1621 | Trade Claim | Disputed | | | $222,225.87 |
| Marcum – Corp<br>PO Box 95000-2288<br>Philadelphia PA 19195-0001 | Alan Markowitz<br>Alan.Markowitz@marcumllp.com<br>212-485-5590 | Professional Services | Disputed | | | $221,987.97 |
| Soderberg Construction<br>460 York Street<br>Caribou ME 04736 | Bradley Doody<br>bradley@sodcon.com<br>207-498-6300 | Trade Claim | Disputed | | | $194,060.00 |

Debtor **iSun, Inc., et al.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NECA/IBEW Family Medical Care Plan Dept. At 40305 Atlanta GA 31192-0305 | fmcp@nebf.com 301-556-4328 | Union Dues | Disputed | | | $162,481.80 |
| Cummins Sales and Service 50 Braintree Hill Office Park Suite 200 Braintree MA 02184 | Peggy McCormick peggy.mccormick@cummins.com 317-662-2231 | Trade Claim | Disputed | | | $133,492.00 |
| One Source Security One Source Security 674 Daniel Webster Highway Merrimack NH 03054 | 603-645-5969 | Trade Claim | Disputed | | | $128,295.76 |
| R&R Pipeline Construction and Repair, Inc 1909 HWY 255 Central City AR 72941-7100 | Ryne Niemiec ryne.niemiec@randrpipeline.com 724-531-7716 | Trade Claim | Disputed | | | $125,252.80 |
| I.C. Reed & Sons, Inc. 6 Evans Drive, P.O. Box 968 Raymond NH 03077 | Jodi D. Naughton jodi@icreed.com 603-895-2731 | Trade Claim | Disputed | | | $124,970.00 |
| Ridgeback Solar 518 North Holy Street Philadelphia PA 19104 | Ryan Mallgrave rmallgrave@ridgebacksolar.com (215) 669-9245 | Trade Claim | Disputed | | | $123,500.00 |
| IBEW Local 567 238 Goddard Road Lewiston ME 04240 | Denis Lehouillier DLehouillier@ibew567.com 207-786-9770 Ext. 102 | Union Dues | Disputed | | | $119,630.44 |

Debtor **iSun, Inc., et al.**               Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Terrasmart<br>PO Box 715005<br>Cincinatti OH 45271 | Jane Rottmueller<br>jmueller@terrasmart.com<br>513-242-2051 | Trade Claim | Disputed | | | $118,947.30 |

**Fill in this information to identify the case:**

Debtor name: **iSun, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration   **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/03/2024        X  /s/ Jeff Peck
                                    Signature of individual signing on behalf of debtor

                                    **Jeff Peck**
                                    Printed name

                                    **President and CEO**
                                    Position or relationship to debtor