**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>iSun, Inc., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 24-11144 (TMH)<br>(Jointly Administered)<br><br>**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Tesla, Inc.**, Attn: Seth Fortenbery, 1 Tesla Rd, Austin, TX 78725, Phone: 512-996-7981; E-mail: sfortenbery@tesla.com

2. **Opsun Systems Inc.**, Attn: Francois Gilles-Gagnon, 450-979 Avenue de Bourgogne Quebec, Quebec, Canada, G1W2L4, E-mail: fgillesgagnon@opsun.com

3. **T Ford Company**, Attn: William Peach, 124 Tenney Street, Georgetown, MA 01833, Phone: 978-352-1454; Fax: 978-352-7943; E-mail: bill@tford.com

4. **GameChange Solar Corp.**, Attn: Mark Gibbens, 230 East Avenue, Suite 100, Norwalk, CT 06855, Phone: 203-769-3900; E-mail: legal@gamechangesolar.com

5. **Ridgeback Solar**, Attn: Ryan Mallgrave, 518 N Holly Street, Philadelphia, PA 19104, Phone: 215-669-9245; E-mail: rmallgrave@ridgebacksolar.com

                      ANDREW R. VARA
                      United States Trustee, Region 3

                      */s/ Timothy J. Fox* for
                      JOSEPH J. MCMAHON, JR.
                      ASSISTANT UNITED STATES TRUSTEE

DATED: June 14, 2024

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) iSun, Inc. ("iSun") (0172) (ii) Hudson Solar Service, LLC ("Hudson") (1635); (iii) Hudson Valley Clean Energy, Inc. ("Hudson Valley") (8214); (iv) iSun Corporate, LLC ("iSun Corporate") (4391); (v) iSun Energy, LLC ("iSun Energy") (1676); (vi) iSun Industrial, LLC ("iSun Industrial") (4333); (vii) iSun Residential, Inc. ("iSun Residential") (3525); (viii) iSun Utility, LLC ("iSun Utility") (4411) ; (ix) Liberty Electric, Inc. ("Liberty") (8485); (x) Peck Electric Co. ("Peck") (5229); (xi) SolarCommunities , Inc. ("SolarCommunities") (7316); and (xii) Sun CSA 36, LLC ("Sun CSA") (7316); (collectively referred to as the "Debtors"). The Debtors' mailing address is: 400 Avenue D, Suite 10 Williston, Vermont 05495, with copies to Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

Attorney assigned to this Case: Timothy J. Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Amy D. Brown, Esq., Phone: (302) 425-5812, Fax: (302) 425-5814