**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| iSun, Inc., *et al.*,[1] | Case No. 24-11144 (TMH) |
| Debtors. | Jointly Administered |
| | **Re. D.I.:182** |

**SUPPLEMENTAL DECLARATION OF MATTHEW DUNDON IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ISUN, INC., *ET AL*, FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR EFFECTIVE AS OF JUNE 18, 2024**

I, Matthew Dundon, being duly sworn, state the following under penalty of perjury:

1.   I am a Principle of Dundon Advisers LLC ("Dundon Advisers"). I am duly authorized to make and submit this supplemental declaration ("Supplemental Declaration") on behalf of Dundon Advisers to supplement the disclosures contained in my initial declaration (the "Initial Declaration"), attached as Exhibit A to the *Application of the Official Committee of Unsecured Creditors of iSun, Inc., et al, for an Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor Effective as of July 18, 2024* [D.I.  182] (the "Application"). Unless otherwise stated, I have personal knowledge of the facts stated herein.

---

[1]The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) iSun, Inc. ("iSun") (0172) (ii) Hudson Solar Service, LLC ("Hudson") (1635); (iii) Hudson Valley Clean Energy, Inc. ("Hudson Valley") (8214); (iv) iSun Corporate, LLC ("iSun Corporate") (4391); (v) iSun Energy, LLC ("iSun Energy") (1676); (vi) iSun Industrial, LLC ("iSun Industrial") (4333); (vii) iSun Residential, Inc. ("iSun Residential") (3525); (viii) iSun Utility, LLC ("iSun Utility") (4411) ; (ix) Liberty Electric, Inc. ("Liberty") (8485); (x) Peck Electric Co. ("Peck") (5229); (xi) SolarCommunities , Inc. ("SolarCommunities") (7316); and (xii) Sun CSA 36, LLC ("Sun CSA") (7316); (collectively referred to as the "Debtors"). The Debtors' mailing address is: 400 Avenue D, Suite 10 Williston, Vermont 05495, with copies to Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

**Supplemental Searches**

2.    In connection with its retention by the Official Committee of Unsecured Creditors (the "Committee"), Dundon Advisers determined whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates or the Committee.

3.    Since filing the Initial Declaration, the United States Trustee offered informal comments to the Application.

4.    Other than the connections listed in paragraph 16 of the Initial Declaration, there were no other conflicts discovered during the internal search of the parties-in-interest.

5.    Dundon Advisers' sole affiliate is IslandDundon LLC, and Dundon Advisers keeps the books and records of IslandDundon LLC.  All connections to IslandDundon LLC were reviewed, and would have been revealed by, the same processes that determined connections to Dundon Advisers. Dundon Advisers carries out investment activities for its own account and certain institutional clients.  Dundon Advisers does not presently advise or otherwise participate in its personnel's investment activities for their respective own accounts.  Dundon Advisers was formerly an SEC-registered Registered Investment Advisor but de-registered from such status when it determined the nature of its investment activities had become such as neither to require nor permit renewal of such registration. Dundon Advisers will apply to re-register with the SEC if and when it determines the same to be required, and will consider such application if and when it determines the same to be permitted but not required.  IslandDundon LLC does not presently engage in investment activities.  No investment held by Dundon Advisers for its own account or by (to Dundon's knowledge) any of Dundon Advisers' clients or personnel relate to iSun or would be materially affected by any outcome of iSun's bankruptcy.

2

6.    Dundon Advisers can confirm that there is no conflict nor connection to the Debtors CEO Jeffrey Peck.

**Continued Vigilance and Affirmative Statement of Disinterestedness**

7.    Based on the conflicts search conducted to date and the information disclosed in the Initial Declaration and herein, to the best of my knowledge and insofar as I have been able to ascertain: (a) Dundon Advisers is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates; and (b) Dundon Advisers has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Initial Declaration and herein.

8.    Dundon Advisers will continue to review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Dundon Advisers will use its reasonable efforts to identify any such further developments and will file a supplemental declaration as required by Bankruptcy Rule 2014(a) and as stated in the Initial Declaration and in this Supplemental Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 22, 2024

 /s/ Matthew Dundon
MATTHEW DUNDON

3