# **EXHIBIT A**

DocuSign Envelope ID: 859BF7A5-9144-427D-BE27-ED0FABE9B5AB

**EXHIBIT A**

May 24, 2024

**BY EMAIL AND FEDERAL EXPRESS**

iSun Industrial LLC
400 Avenue D, Suite 10
Williston, VT 05495
Attn: Frederick (Kip) Myrick
Email: kip@isunenergy.com

With a copies to:

Tylor Thibault
400 Avenue D, Suite 10
Williston, VT 05495
Email: tylor@isunenergy.com

and

Merchants National Bonding, Inc.
P.O. Box 1448
Des Moines, IA 50306-34
Attn: Adam T. Grap, Attorney-in-Fact

and

Marsh & McLennan Agency/Insurance Associates
8830 Stanford Blvd., Suite 250
Columbia, MD 21045

> Re:  Surety: Merchants National Bonding, Inc.
> Payment Bond No. NME 1133
> Obligee: BD Solar Larson, LLC
> Principal: iSun Industrial, LLC
> **Notice of Termination for Default**

Dear Mr. Myrick:

We are writing in connection with the Engineering, Procurement and Construction Agreement dated December 23, 2022 ("Contract") between BD Solar Larson, LLC ("Owner") and iSun Industrial, LLC ("iSun"). Please be advised that this letter shall constitute formal notice that the Contract is terminated, effective immediately, due to the occurrence of a Contractor Event of Default.

Pursuant Section 11.2.1 of the Contract, failure to achieve "achieve Mechanical Completion within six (6) calendar months of the Mechanical Completion Deadline" is a Contractor Event of Default. Pursuant to Section 11.2.2, upon the occurrence of a Contractor Event of Default, the Owner terminate the Contract upon delivery of notice to iSun. Given the nature of the Contractor Event of Default in

question, iSun is not entitled to an opportunity to cure its default and the termination is effective immediately.

Please note that iSun's failure to achieve Mechanical Completion is only one of iSun's many Events of Contractor Default that give rise to the Owner's right to terminate the Contract. In taking this action to terminate the Contract, the Owner does not waive and expressly reserves its right to recover any and all damages, costs, and expenses, including reasonable attorneys' fees, as may arise out of iSun's default described herein, and iSun's numerous other material breaches of the Contract.

Thank you for your prompt attention to this very important matter.

Very truly yours,

*Peter Scannell*

Peter Scannell
Head of Operations

cc:    Shana Rothman, Esq. (via e-mail only)
       John P. Giffune, Esq. (via e-mail only)

26409710_1