**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **iSUN Inc., *et al.,*** | § § | **Case No. 24-11144 (TMH)** |
| **Debtors** | § § § § | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Martin J. Weis, hereby certify that on July 23, 2024, a true and correct copy of the *Contract Objection and Reservation of Rights of BNRG Renewables Limited with Respect to Debtors' Amended Notice of Potential Contract Assumption and Assignment and Objection and Reservation of Rights of BNRG Renewables Limited with Respect to Debtors' Motion for Entry of a Sale Order* was served upon all parties requesting such notice through the Court's CM/ECF system and by first-class mail to the parties listed below.

Michael G. Busenkell, Esquire
Gellert Seitz Busenkell & Brown, LLC
1201 North Orange Street, 3rd Floor
Wilmington, DE 19801

Timothy Jay Fox, Jr.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Dated: July 23, 2024
Wilmington, Delaware

Respectfully submitted,

By: */s/*Martin J. Weis
Martin J. Weis (No. 4333)
**DILWORTH PAXSON LLP**
800 N. King Street, Ste 202
Wilmington, Delaware 19801
Tel: (302) 571-9800
Email: mweis@dilworthlaw.com