## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iSun, Inc., *et al*.,[1] | Case No. 24-11144 (TMH) |
| Debtors. | (Jointly Administered) |
| | D.I. 65 and 183 |

### NOTICE OF SUCCESSFUL BIDDER AND CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE** that, on June 7, 2024, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion For Entry Of Orders (A) (I) Approving Bid Procedures In Connection With The Sale Of Substantially All Of The Debtors' Assets, (II) Scheduling An Auction And A Sale Hearing, (III) Approving The Form And Manner Of Notice Thereof, (IV) Authorizing The Debtors To Enter Into The Stalking Horse Agreement, (V) Approving Procedures For The Assumption And Assignment Of Contracts And Leases, And (VI) Granting Related Relief; And (B) (I) Approving The Purchase Agreement; (II)) Approving The Sale Of Substantially All Of The Debtors' Assets Free And Clear; (III) Approving The Assumption And Assignment Of Contracts And Leases; And (IV) Granting Related Relief* [D.I. 65] (the "Bid Procedures Motion").

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) iSun, Inc. ("iSun") (0172) (ii) Hudson Solar Service, LLC ("Hudson") (1635); (iii) Hudson Valley Clean Energy, Inc. ("Hudson Valley") (8214); (iv) iSun Corporate, LLC ("iSun Corporate") (4391); (v) iSun Energy, LLC ("iSun Energy") (1676); (vi) iSun Industrial, LLC ("iSun Industrial") (4333); (vii) iSun Residential, Inc. ("iSun Residential") (3525); (viii) iSun Utility, LLC ("iSun Utility") (4411) ; (ix) Liberty Electric, Inc. ("Liberty") (8485); (x) Peck Electric Co. ("Peck") (5229); (xi) SolarCommunities , Inc. ("SolarCommunities") (7316); and (xii) Sun CSA 36, LLC ("Sun CSA") (7316); (collectively referred to as the "Debtors"). The Debtors' mailing address is: 400 Avenue D, Suite 10 Williston, Vermont 05495, with copies to Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that, on July 10, 2024, the Bankruptcy Court entered the *Order (A) (I) Approving Bid Procedures In Connection With The Sale Of Substantially All Of The Debtors Assets, (II) Scheduling An Auction And A Sale Hearing, (III) Approving The Form And Manner Of Notice Thereof, (IV) Authorizing The Debtors To Enter Into The Stalking Horse Agreement, (V) Approving Procedures For The Assumption And Assignment Of Contracts And Leases, And (VI)Granting Related Relief; And (B) (I) Approving The Purchase Agreement; (II)) Approving The Sale Of Substantially All Of The Debtors Assets Free And Clear; (III)Approving The Assumption And Assignment Of Contracts And Leases; And (IV) Granting Related Relief* [D.I. 183] (the "Bid Procedures Order")[2].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures, the Bid Deadline was set for July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Debtors neither received nor had any indication that they may receive a Qualified Bid or potential competing bid other than the Stalking Horse Bid prior to the Bid Deadline. Accordingly, the Auction scheduled for July 24, 2024, at 10:00 a.m. (prevailing Eastern Time) is hereby **CANCELLED**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bid Procedures Order, the Debtors have designated the Stalking Horse Bidder as the Successful Bidder for the Assets.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek entry of an order approving the sale of the Assets to the Successful Bidder, pursuant to the terms of the Stalking Horse Agreement, at the Sale Hearing, which is scheduled to be held before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 on July 30, 2024, at 2:00 pm

---

[2] Capitalized terms not defined herein shall have the meanings provided to them in the Bid Procedures Motion, the Bid Procedures Order or the Bid Procedures.

(prevailing Eastern Time), or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine.

Dated: July 23, 2024

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Amy D. Brown (DE 4077)
Michael Van Gorder (DE 6214)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
abrown@gsbblaw.com
mvangorder@gsbblaw.com

*Counsel to the Debtors and Debtors-in-Possession*