**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In Re:

                                   Chapter 11
iSun, Inc.                            Case Number 24-11144
                                   Honorable Thomas M Horan

       Debtor

_____/

## ALLY BANK'S OBJECTIONS TO CONFIRMATION OF CHAPTER 11 PLAN AND SALE

NOW COMES Creditor, Ally Bank, by and through its attorneys, Orlans PC, and hereby Objects to Confirmation as follows:

1. On June 3, 2024, the Debtor(s) filed a voluntary petition seeking relief under Chapter 13 of the United States Bankruptcy Code.

2. On the Petition Date, the Debtor(s) were in possession of a 2019 RAM 2500 Crew VIN No. 3C6UR5CJ4KG574292 (the "RAM 2500"), a 2019 RAM 1500 Quad VIN No. 1C6RR7FT8KS673401 (the "RAM 1500"), and a 2019 RAM Promaster City Cargo Van VIN No. ZFBHRFAB8K6N69130 (the "RAM Promaster") (together, the "Vehicles") and indebted to Ally Bank (the "Creditor") in the amount of $12,779.24 for the RAM 2500, $9,700.69 for the RAM 1500 and $5,744.33 for the RAM Promaster (plus fees, costs, and interest) for these Vehicles.

3. The Vehicles were purchased on Retail Installment Sale Contracts (the "Contracts"). (Copies of the Contract is attached as Exhibit A).

4. On July 10, 2024, Debtors filed a Notice of Sale by Auction, Sale Hearing, and Designation of Stalking Horse Bidder.

5. The Sale as proposed cannot be confirmed for the following reasons:

    a. Creditor does not agree to being included in this liquidating plan.

WHEREFORE, Ally Bank, by and through its attorneys, objects to the Sale and prays that Sale be denied.

Date: <u>July 23, 2024</u>
      Wilmington, Delaware            Respectfully submitted,

                                              */s/ Elizabeth A. Trachtman*
                                              Elizabeth A. Trachtman (DE #6941)
                                              Melanie J. Thompson (DE #3588)
                                              Orlans PC
                                              4250 Lancaster Pike, Suite 140
                                              Wilmington, DE 19805
                                              (302) 339-8800
                                              Attorneys for JPMorgan Chase Bank, National Association
                                              etrachtman@orlans.com
                                              mthompson@orlans.com