**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| iSun, Inc., *et al.*,[1] | Case No. 24-11144 (TMH) |
| Debtors. | (Jointly Administered) |

**WITNESS AND EXHIBIT LIST OF NAUTILUS SOLAR FOR THE SALE HEARING SCHEDULED FOR JULY 30, 2024, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

BD Solar Norridgewock LLC, BD Solar North Anson LLC, BD Solar Rangeley LLC and Nautilus US Power HoldCo LLC (collectively, "Nautilus Solar") hereby file their Witness and Exhibit List for the hearing to be held on July 30, 2024, at 2:00 p.m. (prevailing Eastern Time) (the "Hearing") as set forth below:

**WITNESSES**

Nautilus Solar may call the following witnesses at the Hearing:

1. Christopher Lee, Senior QA/QC Manager at Nautilus Solar;

2. Any witness listed or called by the Debtors;

3. Any witness listed or called by any other party; and

4. Rebuttal witness as necessary.

Nautilus Solar reserves the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) iSun, Inc. ("iSun") (0172) (ii) Hudson Solar Service, LLC ("Hudson") (1635); (iii) Hudson Valley Clean Energy, Inc. ("Hudson Valley") (8214); (iv) iSun Corporate, LLC ("iSun Corporate") (4391); (v) iSun Energy, LLC ("iSun Energy") (1676); (vi) iSun Industrial, LLC ("iSun Industrial") (4333); (vii) iSun Residential, Inc. ("iSun Residential") (3525); (viii) iSun Utility, LLC ("iSun Utility") (4411) ; (ix) Liberty Electric, Inc. ("Liberty") (8485); (x) Peck Electric Co. ("Peck") (5229); (xi) SolarCommunities , Inc. ("SolarCommunities") (7316); and (xii) Sun CSA 36, LLC ("Sun CSA") (7316); (collectively referred to as the "Debtors"). The Debtors' mailing address is: 400 Avenue D, Suite 10 Williston, Vermont 05495, with copies to Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

**EXHIBITS**

| EXHIBIT # | DESCRIPTION | Disposition |
|---|---|---|
| 1 | Declaration of Christopher Lee in Support of Objection of Nautilus Solar to the Proposed Assumption and Assignment of the Terminated EPC Agreements (the "Lee Declaration") [D.I. 261-1] | |
| 2 | Exhibit A to the Lee Declaration, Engineering, Procurement and Construction Agreement (BD Solar Norridgewock, LLC) | |
| 3 | Exhibit B to the Lee Declaration, Engineering, Procurement and Construction Agreement (BD Solar North Anson, LLC) | |
| 4 | Exhibit C to the Lee Declaration, Engineering, Procurement and Construction Agreement (BD Solar Rangeley, LLC) | |
| 5 | Exhibit D to the Lee Declaration, Notice of Contractor Event of Default and Termination (BD Solar Norridgewock, LLC) | |
| 6 | Exhibit E to the Lee Declaration, Notice of Contractor Event of Default and Termination (BD Solar North Anson, LLC) | |
| 7 | Exhibit F to the Lee Declaration, Notice of Contractor Event of Default and Termination (BD Solar Rangeley, LLC) | |
| 8 | Debtors' Motion for Entry of Orders (A)(I) Approving Bid Procedures in Connection with the Sale of Substantially all of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief; and (B)(I) Approving the Purchase Agreement; (II) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear; (III) Approving the Assumption and Assignment of Contracts and Leases; and (IV) Granting Related Relief [D.I. 65] | |
| 9 | Amended Notice of Potential Contract Assumption and Assignment [D.I. 186] | |
| | Any document or pleading filed in the above-captioned cases | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| | Any exhibit identified by any other party | |

## **RESERVATION OF RIGHTS**

Nautilus Solar reserves the right to call or introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

| | |
|---|---|
| Dated: July 24, 2024 | **GREENBERG TRAURIG, LLP** |

*/s/ Dennis A. Meloro*
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7000
E-mail:    Anthony.Clark@gtlaw.com
                Dennis.Meloro@gtlaw.com

-and-

Julia Frost-Davies (Admitted *Pro Hac Vice*)
One International Place
Boston, MA 02110
Telephone: (617) 310-6000
E-mail:    Julia.FrostDavies@gtlaw.com

-and-

John S. Ducat (Admitted *Pro Hac Vice*)
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Email:    John.Ducat@gtlaw.com

-and-

T. Charlie Liu (Admitted *Pro Hac Vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
E-mail:    charlie.liu@gtlaw.com

*Counsel for Nautilus Solar*