## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iSun, Inc., *et al.*,[1] | Case No. 24-11144 (TMH) |
| Debtors. | (Jointly Administered) |
| | D.I. 65, 183 and 184 |

## NOTICE OF ADJOURNMENT OF SALE HEARING

**PLEASE TAKE FURTHER NOTICE** that, on July 10, 2024, the Bankruptcy Court entered the *Order (A) (I) Approving Bid Procedures In Connection With The Sale Of Substantially All Of The Debtors Assets, (II) Scheduling An Auction And A Sale Hearing, (III) Approving The Form And Manner Of Notice Thereof, (IV) Authorizing The Debtors To Enter Into The Stalking Horse Agreement, (V) Approving Procedures For The Assumption And Assignment Of Contracts And Leases, And (VI)Granting Related Relief; And (B) (I) Approving The Purchase Agreement; (II)) Approving The Sale Of Substantially All Of The Debtors Assets Free And Clear; (III)Approving The Assumption And Assignment Of Contracts And Leases; And (IV) Granting Related Relief* [D.I. 183] (the "Bid Procedures Order")[2] .

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) iSun, Inc. ("iSun") (0172) (ii) Hudson Solar Service, LLC ("Hudson") (1635); (iii) Hudson Valley Clean Energy, Inc. ("Hudson Valley") (8214); (iv) iSun Corporate, LLC ("iSun Corporate") (4391); (v) iSun Energy, LLC ("iSun Energy") (1676); (vi) iSun Industrial, LLC ("iSun Industrial") (4333); (vii) iSun Residential, Inc. ("iSun Residential") (3525); (viii) iSun Utility, LLC ("iSun Utility") (4411) ; (ix) Liberty Electric, Inc. ("Liberty") (8485); (x) Peck Electric Co. ("Peck") (5229); (xi) SolarCommunities , Inc. ("SolarCommunities") (7316); and (xii) Sun CSA 36, LLC ("Sun CSA") (7316); (collectively referred to as the "Debtors"). The Debtors' mailing address is: 400 Avenue D, Suite 10 Williston, Vermont 05495, with copies to Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

[2] Capitalized terms not defined herein shall have the meanings provided to them in the Bid Procedures Motion, the Bid Procedures Order or the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that on July 10, 2024, Debtors filed a *Notice of Sale by Auction, Sale Hearing, and Designation of Stalking Horse Bidder* (the "Sale Notice") identifying, among other things, the time and date of the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the the Bid Procedures Order, the Debtors have adjourned the Sale Hearing to **August 12, 2024 at 2:00 pm (ET), 5th Floor, Courtroom 4.**

Dated: July 26, 2024                    GELLERT SEITZ BUSENKELL &  BROWN, LLC

                    */s/ Michael Busenkell*
                    Michael Busenkell (DE 3933)
                    Amy D. Brown (DE 4077)
                    Michael Van Gorder (DE 6214)
                    1201 North Orange Street, Suite 300
                    Wilmington, Delaware 19801
                    Telephone: (302) 425-5812
                    Facsimile: (302) 425-5814
                    Email: mbusenkell@gsbblaw.com
                             abrown@gsbblaw.com
                             mvangorder@gsbblaw.com

                    *Counsel to the Debtors and Debtors-in-Possession*