**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iSun, Inc., *et al.*,[1] | ) | Case No. 24-11144 (TMH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date: only if objections are filed** |
| | ) | **Objection Deadline: August 13, 2024, at 4:00 p.m. (ET)** |

### FIRST STAFFING AND COMPENSATION REPORT OF NOVO ADVISORS, LLC FOR THE PERIOD JUNE 3, 2024 THROUGH JUNE 30, 2024

| | |
|---|---|
| Name of Applicant: | Novo Advisors, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | June 27, 2024 *nunc pro tunc* to June 3, 2024 |
| Period for which compensation and reimbursement are sought: | June 3, 2024 through June 30, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | $179,490.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $8,474.81 |

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number are: (i) iSun, Inc. ("iSun") (0172); (ii) Hudson Solar Service, LLC ("Hudson") (1635); (iii) Hudson Valley Clean Energy, Inc. ("Hudson Valley") (8214); (iv) iSun Corporate, LLC ("iSun Corporate") (4391); (v) iSun Energy, LLC ("iSun Energy") (1676); (vi) iSun Industrial, LLC ("iSun Industrial") (4333); (vii) iSun Residential, Inc. ("iSun Residential") (3525); (viii) iSun Utility, LLC ("iSun Utility") (4411); (ix) Liberty Electric, Inc. ("Liberty") (8485); (x) Peck Electric Co. ("Peck") (5229); (xi) SolarCommunities, Inc. ("SolarCommunities") (7316); and (xii) Sun CSA 36, LLC ("Sun CSA") (7316); (collectively referred to as the "Debtors"). The Debtors' mailing address is 400 Avenue D, Suite 10, Williston, Vermont 05495, with copies to Gellert Seitz Busenkell & Brown, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

Annexed hereto are the following schedules:

| | |
|---|---|
| Exhibit A: | Summary of Novo Advisors, LLC Professional Fees Rendered by Task Category |
| Exhibit B: | Detailed Time and Fee Statement by Task Category and Professional |
| Exhibit C: | Detail of Novo Advisors, LLC Expenses by Professional and Expense Type |

1. Novo Advisors, LLC ("**Novo"**) hereby provides its First staffing and compensation report (the "**First Staffing Report**") for the period June 3, 2024 through June 30, 2024, (the "**First Staffing Period**") in accordance with the *Order Granting Debtors' Motion to Retain and Employ Novo Advisors, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel as of the Petition Date* [D.I. 124] (the "**Retention Order**"). As set forth in the First Staffing Report, Novo incurred $179,490.00 in aggregate compensation and $8,474.81 in expenses during the First Staffing Period.

2. **WHEREFORE**, pursuant to the Retention Order, Novo hereby submits its First Staffing Report for the First Staffing Period.

Dated: July 30, 2024

                 */s/ Rob Vanderbeek*
                 NOVO ADVISORS, LLC
                 Rob Vanderbeek
                 401 N. Franklin
                 Suite 4 East
                 Chicago, IL 60654
                 Email: rvanderbeek@novo-advisors.com

                 *Chief Restructuring Officer to the Debtors and Debtors in Possession*