# EXHIBIT B

**iSun, Inc.**  Case No. 24-11144-TMH
*Fee Application Detail - Novo Advisors*
*6/3/2024 - 6/30/2024*

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 6/3/24 | R. Trenk | 0.5 | 525 | 262.50 | 26 | Call with Decathlon and Clean Royalties to review DIP Actuals. |
| 6/3/24 | R. Trenk | 1.8 | 525 | 945.00 | 2 | Schedule out actual cash activity for the week ended 5/31. |
| 6/3/24 | R. Trenk | 1.3 | 525 | 682.50 | 3 | Review solar asset files for DIP data request. |
| 6/3/24 | R. Trenk | 0.4 | 525 | 210.00 | 3 | Review monthly financials for DIP data request. |
| 6/3/24 | R. Trenk | 0.3 | 525 | 157.50 | 3 | Review Insurance plans for DIP data request. |
| 6/3/24 | R. Trenk | 0.7 | 525 | 367.50 | 3 | Reconcile variances of final DIP budget to 5.30 version. |
| 6/3/24 | R. Trenk | 1.4 | 525 | 735.00 | 15 | Review First Day motions filed with court. |
| 6/3/24 | R. Trenk | 0.3 | 525 | 157.50 | 13 | Review agenda for First Day Hearing. |
| 6/3/24 | R. Vanderbeek Jr. | 2.0 | 825 | 1,650.00 | 3 | Emails with secured lender re bankruptcy next steps; Emails with England Co re DIP financing; Prepare contingency plan re payroll. |
| 6/4/24 | R. Trenk | 1.7 | 525 | 892.50 | 26 | Call with S. Garabato and T. Conklin, Epiq and iSun Controller to review Schedules and Statements. |
| 6/4/24 | R. Trenk | 0.5 | 525 | 262.50 | 23 | Call with Debtor to discuss BK filing and next steps. |
| 6/4/24 | R. Trenk | 1.0 | 525 | 525.00 | 23 | Call with Management team re: A/R collections. |
| 6/4/24 | R. Trenk | 0.5 | 525 | 262.50 | 23 | Call with R. Vanderbeek, Novo re: operational updates. |
| 6/4/24 | R. Trenk | 0.3 | 525 | 157.50 | 13 | Call with R. Vanderbeek, Novo re: First Day Hearing. |
| 6/4/24 | R. Trenk | 0.8 | 525 | 420.00 | 23 | Meetings with Operational Team re: Gas Cards and operational issues. |
| 6/4/24 | R. Trenk | 1.6 | 525 | 840.00 | 7 | Review Solar Asset contracts and support and Schedule out for Investment Banking Process. |
| 6/4/24 | R. Trenk | 1.3 | 525 | 682.50 | 22 | Schedule out vendor addresses for UST noticing. |
| 6/4/24 | R. Trenk | 0.8 | 525 | 420.00 | 3 | Review DIP Budget and schedule out variance for Payroll and Related items for the week ending 6/7. |
| 6/4/24 | R. Trenk | 1.2 | 525 | 630.00 | 15 | Review DIP Motion. |
| 6/4/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Participate in iSun company wide call with employees re bankruptcy update. |
| 6/4/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 4 | Call with important vendor re bankruptcy update. |
| 6/4/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 3 | Participate on call with , CR/SS re liquidity. |
| 6/4/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 3 | Participate on Board call re court and DIP update. |
| 6/4/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Participate on call with operations team re AR collections. |
| 6/4/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 22 | Review communication plan. |
| 6/4/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 22 | Emails re settlement procedures, operational disruptions, project litigation, terminated contracts. |
| 6/4/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Discussion with J. Comeau, President Liberty re bankruptcy needs. |
| 6/4/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Calls with bankruptcy counsel, R. Trenk and K. Kiser re legal and operational issues. |

**iSun, Inc.**  
Case No. 24-11144-TMH  
*Fee Application Detail - Novo Advisors*  
*6/3/2024 - 6/30/2024*

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 6/5/24 | R. Trenk | 0.2 | 525 | 105.00 | 23 | Call with M. Bushnell, R. Vanderbeek, J. Peck re: Customer Receipt Forecast. |
| 6/5/24 | R. Trenk | 1.8 | 525 | 945.00 | 3 | Schedule out cumulative forecast v. actual variance template for the DIP reporting requirements. |
| 6/5/24 | R. Trenk | 0.3 | 525 | 157.50 | 23 | Call with C. Renner re: liquidity and variance reporting. |
| 6/5/24 | R. Trenk | 0.5 | 525 | 262.50 | 23 | Call with iSun team re: A/R collection tracker. |
| 6/5/24 | R. Trenk | 1.7 | 525 | 892.50 | 13 | Review First Day motions for Hearing. |
| 6/5/24 | R. Trenk | 1.6 | 525 | 840.00 | 2 | Review SunCommon and Liberty actuals and schedule out cash flow variance reporting. |
| 6/5/24 | R. Trenk | 1.2 | 525 | 630.00 | 2 | Review iSun cash activity and schedule out actual cash flow for 6/3 - 6/5. |
| 6/5/24 | R. Vanderbeek Jr. | 2.0 | 825 | 1,650.00 | 13 | Prepare for first day motions hearing with counsel. |
| 6/5/24 | R. Vanderbeek Jr. | 2.0 | 825 | 1,650.00 | 15 | Review first day motions in iSun bankruptcy. |
| 6/5/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 3 | Send wire re operational funding. |
| 6/5/24 | R. Vanderbeek Jr. | 2.0 | 825 | 1,650.00 | 13 | Attend first day hearings. |
| 6/5/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Discussion with , CEO re bankruptcy next steps. |
| 6/5/24 | C. Springer | 2.0 | 825 | 1,650.00 | 15 | Review motion to employ Novo and compare it to Gigamonster. |
| 6/6/24 | C. Springer | 2.5 | 825 | 2,062.50 | 26 | Review and make revisions to Retention motion and order and confer with Gupta and same. |
| 6/6/24 | R. Trenk | 0.9 | 525 | 472.50 | 23 | Call with R. Vanderbeek, Novo re: Operational and Bankruptcy updates. |
| 6/6/24 | R. Trenk | 0.6 | 525 | 315.00 | 23 | Call with M. Reade, iSun re: Operational updates and iSun workstreams and responsibilities. |
| 6/6/24 | R. Trenk | 1.3 | 525 | 682.50 | 26 | Call with Epiq and iSun teams re: Schedules and Statements. |
| 6/6/24 | R. Trenk | 0.3 | 525 | 157.50 | 3 | Call with R. Vanderbeek, Novo re: Liquidity forecasting and variance testing. |
| 6/6/24 | R. Trenk | 0.2 | 525 | 105.00 | 23 | Call with C. Renner, iSun re: daily liquidity. |
| 6/6/24 | R. Trenk | 0.7 | 525 | 367.50 | 23 | Call with C. Renner, iSun re: Variance Reporting. |
| 6/6/24 | R. Trenk | 1.8 | 525 | 945.00 | 3 | Schedule out updates to variance reporting template for DIP Term Sheet. |
| 6/6/24 | R. Trenk | 0.5 | 525 | 262.50 | 3 | Call with K. Li, Clean Royalties and R. Vanderbeek, Novo re: Daily Liquidity update. |
| 6/6/24 | R. Trenk | 0.8 | 525 | 420.00 | 2 | Review Customer contracts for potential Demand notices and litigation. |
| 6/6/24 | R. Trenk | 1.6 | 525 | 840.00 | 3 | Review DIP Term Sheet and Schedule out accrued balance for Clean Royalties Bridge Loan. |
| 6/6/24 | R. Trenk | 0.6 | 525 | 315.00 | 2 | Review Clean Royalties interest and fees calculation. |
| 6/6/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Prepare for and participate on call with all SunCommon employees re bankruptcy update. |
| 6/6/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 3 | Call with T. Armstrong, TD Bank re DACA and bankruptcy. |
| 6/6/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Participate on bankruptcy project follow up call with team and counsel re AR collections. |

**iSun, Inc.**  
*Fee Application Detail - Novo Advisors*  
*6/3/2024 - 6/30/2024*

Case No. 24-11144-TMH

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 6/6/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 26 | Participate on call with , SS/CR re liquidity. |
| 6/6/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 3 | Review accrual bridge and discuss same with. |
| 6/6/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 22 | Emails re Maine Union, Schedules and Statements extension, Marcum and NBT exception processing. |
| 6/6/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 3 | Send wires for operational needs. |
| 6/6/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 22 | Review 8-k disclosure and interim comp order. |
| 6/6/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Review senior management meeting agenda and discuss same with , CEO. |
| 6/6/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 7 | Review England marketing process update and comments re draft APA. |
| 6/6/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 2 | Review vendor disbursement form and related invoices for payment. |
| 6/7/24 | R. Trenk | 1.8 | 525 | 945.00 | 23 | Leadership call with iSun, SunCommon and Liberty teams re: Bankruptcy process and updates. |
| 6/7/24 | R. Trenk | 0.7 | 525 | 367.50 | 3 | Call with SunCommon to review DIP Budget and proposed disbursements. |
| 6/7/24 | R. Trenk | 0.5 | 525 | 262.50 | 26 | Call with Epiq to review Schedules & Statements. |
| 6/7/24 | R. Trenk | 0.4 | 525 | 210.00 | 3 | Call with K. Li, Clean Royalties and R. Vanderbeek, Novo re: Liquidity update. |
| 6/7/24 | R. Trenk | 0.9 | 525 | 472.50 | 23 | Call with C. Renner, iSun re: Variance reporting. |
| 6/7/24 | R. Trenk | 0.4 | 525 | 210.00 | 23 | Calls with M. Reade, iSun re: Investment Banking Requests and Operational updates. |
| 6/7/24 | R. Trenk | 0.7 | 525 | 367.50 | 23 | Call with M. Bushnell, GSBB, J. Peck, iSun and R. Vanderbeek, Novo re: APA. |
| 6/7/24 | R. Trenk | 1.6 | 525 | 840.00 | 3 | Schedule out updates to Variance Reporting and reconcile cash balances. |
| 6/7/24 | R. Trenk | 1.2 | 525 | 630.00 | 3 | Review SunCommon disbursement requests and DIP budget for proposed payments. |
| 6/7/24 | R. Trenk | 0.3 | 525 | 157.50 | 15 | Review updated OCP Motion. |
| 6/7/24 | R. Trenk | 0.2 | 525 | 105.00 | 4 | Review FedEx account for proposed letter. |
| 6/7/24 | R. Trenk | 0.2 | 525 | 105.00 | 23 | Call with R. Vanderbeek re: operational updates. |
| 6/7/24 | C. Springer | 1.0 | 825 | 825.00 | 15 | Confer with Sandeep on Retention Motion and Order and suggest modifications thereto. Review DIP Motion language regarding carve out. |
| 6/7/24 | R. Vanderbeek Jr. | 2.0 | 825 | 1,650.00 | 23 | Participate on call for Senior leadership meeting re bankruptcy update. |
| 6/7/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 2 | Participate on call with , CR/SS re liquidity. |
| 6/7/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Participate on Board call re update. |
| 6/7/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 4 | Participate on contractor call with , SunCommon. |
| 6/7/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 3 | Send wires for operational support. |
| 6/7/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 26 | Participate on call with Soltage re project update. |
| 6/7/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Participate on call with counsel re APA changes. |

**iSun, Inc.**  
Case No. 24-11144-TMH

*Fee Application Detail - Novo Advisors*  
*6/3/2024 - 6/30/2024*

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 6/7/24 | R. Vanderbeek Jr. | 1.5 | 825 | 1,237.50 | 15 | Review DIP motion, order and carve out, Novo retention application, and Ordinary Course professionals motion and respond to emails re same. |
| 6/7/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 2 | Calls with R. Trenk re workplan and update. |
| 6/7/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 4 | Review and respond to vendor requests for payment. |
| 6/10/24 | R. Vanderbeek Jr. | 0.7 | 825 | 577.50 | 26 | Call with K. Li, CR/SS re liquidity and information requests and follow up re same |
| 6/10/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 3 | Meeting with C. Renner, Controller re liquidity, DIP disbursements and receipts |
| 6/10/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 3 | Visit TD Bank re wire, templates and access for Controller and follow up with bank activity |
| 6/10/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 22 | Emails re DOL, vendor disbursements and information requests |
| 6/10/24 | R. Vanderbeek Jr. | 1.5 | 825 | 1,237.50 | 23 | Meetings with finance and operations teams re materials spend and CV. |
| 6/10/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 22 | Review and send information as requested by claims agent. |
| 6/10/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 22 | Review communications script for call center and emails re same. |
| 6/10/24 | R. Vanderbeek Jr. | 1.5 | 825 | 1,237.50 | 15 | Review AR procedures and cash management motions and emails re same. |
| 6/11/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 3 | Prepare for call and discuss liquidity, DIP compliance and marketing status and follow up re same. |
| 6/11/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Call with counsel re CV and union benefits. |
| 6/11/24 | R. Vanderbeek Jr. | 0.7 | 825 | 577.50 | 2 | Review AR collections tracker and attend meeting re same. |
| 6/11/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Meeting with CEO and finance team re billing and other processes |
| 6/11/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Meeting with finance team re new processes. |
| 6/11/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 23 | Participate on Board call re update |
| 6/11/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 23 | Call with J. Comea, Liberty and Controller re questions and AR collections. |
| 6/11/24 | R. Vanderbeek Jr. | 0.3 | 825 | 247.50 | 23 | Discussion with K. Kiser re project status. |
| 6/11/24 | R. Vanderbeek Jr. | 0.2 | 825 | 165.00 | 23 | Call with Board member re update and 10Q. |
| 6/11/24 | R. Vanderbeek Jr. | 1.2 | 825 | 990.00 | 4 | Call with vendor to discuss terms going forward and review draft critical vendor agreement. |
| 6/11/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 2 | Review vendor disbursement forms. |
| 6/11/24 | R. Vanderbeek Jr. | 0.6 | 825 | 495.00 | 22 | Review termination timeline and emails re same. |
| 6/12/24 | R. Vanderbeek Jr. | 0.7 | 825 | 577.50 | 25 | Prepare for and call with K. Li, CR/SS re receipts process and sales DVR. |
| 6/12/24 | R. Vanderbeek Jr. | 1.5 | 825 | 1,237.50 | 23 | Review letter from UST requesting information and discuss same with C. Renner, controller. |
| 6/12/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 2 | Review and approve payments and payroll. |
| 6/12/24 | R. Vanderbeek Jr. | 1.1 | 825 | 907.50 | 3 | Visit TD Bank re wire and administrative access. |
| 6/12/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 22 | Review updated Soltage project summary and emails re same. |

**iSun, Inc.**  Case No. 24-11144-TMH
*Fee Application Detail - Novo Advisors*
*6/3/2024 - 6/30/2024*

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 6/12/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 2 | Review updated AR collections tracker. |
| 6/12/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 2 | Review vendor disbursement forms. |
| 6/12/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Discussion with M. Read re revising organizational chart and responsibilities. |
| 6/12/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Discussions with the J. Peck, CEO re operational strategy and surety issues. |
| 6/12/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 22 | Emails re Marcum work and valuation engagement and review same. |
| 6/12/24 | R. Vanderbeek Jr. | 1.5 | 825 | 1,237.50 | 22 | Review information, compile and send to UST in response to request. |
| 6/12/24 | C. Springer | 2.0 | 825 | 1,650.00 | 22 | Review former officer complaint vs. company and other directors. |
| 6/13/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 25 | Prepare for and call with K. Li, CR/SS re receipts process and sales DVR. |
| 6/13/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Participate in meeting with finance and operations teams re AR collections. |
| 6/13/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Prepare for and participate on weekly companywide update call. |
| 6/13/24 | R. Vanderbeek Jr. | 1.5 | 825 | 1,237.50 | 4 | Call with vendor with operations team re bankruptcy update and closing out project. |
| 6/13/24 | R. Vanderbeek Jr. | 1.7 | 825 | 1,402.50 | 30 | Prepare for, participate in call with US Trustee to discuss information provide and outstanding items. |
| 6/13/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Participate on Board call with update; Discussion with CEO re Soltage and other projects. |
| 6/13/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 7 | Calls with IBankers re marketing process update and VDR status. |
| 6/13/24 | R. Vanderbeek Jr. | 1.8 | 825 | 1,485.00 | 7 | Review CIM/Company presentation and emails re same. |
| 6/14/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 3 | Prepare for and call with J. Sanger and , CR/SS re receipts process and backlog and DIP needs. |
| 6/14/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Participate on Board update call. |
| 6/14/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Discussion with counsel and finance team re JCA's and review JCA. |
| 6/14/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Draft emails re project terminations for counsel and discuss same with CEO. |
| 6/14/24 | R. Vanderbeek Jr. | 1.5 | 825 | 1,237.50 | 23 | Review information requested by US Trustee and discuss same with Controller. |
| 6/14/24 | R. Vanderbeek Jr. | 1.1 | 825 | 907.50 | 23 | Discuss next weeks payments and payroll timing with Controller and approve daily disbursements. |
| 6/14/24 | R. Vanderbeek Jr. | 0.7 | 825 | 577.50 | 22 | Emails to HR re comp and review SunCommon payroll schedule. |
| 6/14/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 7 | Review marketing update and call with Ibanker |
| 6/14/24 | R. Vanderbeek Jr. | 0.7 | 825 | 577.50 | 22 | Review demand letters and emails re same. |
| 6/14/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 14 | Review SOFA and other support. |
| 6/14/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Review and discuss with Controller information request re UDA US Trustee. |
| 6/17/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 23 | Calls with , Controller re receipts and disbursements for week. |
| 6/17/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 7 | Call with R. NeJame, England & Co.. re update on the marketing process. |

**iSun, Inc.**  Case No. 24-11144-TMH
*Fee Application Detail - Novo Advisors*
*6/3/2024 - 6/30/2024*

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 6/17/24 | R. Vanderbeek Jr. | 1.9 | 825 | 1,567.50 | 22 | Review information provided to US Trustee and review and respond to emails re same. |
| 6/17/24 | R. Vanderbeek Jr. | 0.6 | 825 | 495.00 | 3 | Call with Decathlon re DIP receipts and disbursements case to date. |
| 6/17/24 | R. Vanderbeek Jr. | 0.6 | 825 | 495.00 | 22 | Review iSun and affiliate 941 tax notices and emails and call with Controller re same. |
| 6/17/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 2 | Review VT DOL calculations for UI due and payments re same. |
| 6/17/24 | R. Vanderbeek Jr. | 1.3 | 825 | 1,072.50 | 2 | Review SunCommon secured loan documents. |
| 6/17/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 15 | Review AR procedures motion and order and emails re same. |
| 6/18/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 3 | Prepare for and participate on call with , SS/CR re payroll and receipts company wide. |
| 6/18/24 | R. Vanderbeek Jr. | 1.1 | 825 | 907.50 | 23 | Participate on AR collections call with CEO and Operations and finance teams and review AR schedule. |
| 6/18/24 | R. Vanderbeek Jr. | 0.9 | 825 | 742.50 | 3 | Review payroll and send wires re same. |
| 6/18/24 | R. Vanderbeek Jr. | 0.6 | 825 | 495.00 | 23 | Calls with Controller re receipts and variances as well as disbursements. |
| 6/18/24 | R. Vanderbeek Jr. | 0.7 | 825 | 577.50 | 23 | Call with CEO, HR and Finance heads re SunCommon issues. |
| 6/18/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Participate on financial review call with vendor and Operations head re project closeout. |
| 6/18/24 | R. Vanderbeek Jr. | 1.2 | 825 | 990.00 | 2 | Review commission report, AR report and layoff payroll schedules. |
| 6/18/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 2 | Review and approve invoices. |
| 6/18/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 22 | Review OCP responses to US Trustee and emails re same. |
| 6/18/24 | R. Vanderbeek Jr. | 0.6 | 825 | 495.00 | 22 | Emails re SunCommon equipment. |
| 6/18/24 | C. Springer | 0.7 | 825 | 577.50 | 22 | Review emails about case and allegation letters. |
| 6/18/24 | C. Springer | 0.5 | 825 | 412.50 | 26 | Review comments from US Trustee on retention application. |
| 6/19/24 | C. Springer | 0.6 | 825 | 495.00 | 26 | Review emails about case and situation with retention application. |
| 6/19/24 | R. Vanderbeek Jr. | 1.3 | 825 | 1,072.50 | 24 | Review UCC issues list document. |
| 6/19/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 22 | Emails re project status and re UST OCP issues. |
| 6/19/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 3 | Prepare for and participate on DIP budget call. |
| 6/19/24 | R. Vanderbeek Jr. | 1.2 | 825 | 990.00 | 22 | Review emails and complaint re SunCommon. |
| 6/19/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 22 | Review revised organization chart and emails re same. |
| 6/19/24 | R. Vanderbeek Jr. | 1.7 | 825 | 1,402.50 | 3 | Review variance testing schedules. |
| 6/20/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Call with CEO, Controller and others re financial priorities. |
| 6/20/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Discussion with CEO and counsel re Nautilus next steps. |
| 6/20/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Participate on company wide call re update. |

**iSun, Inc.**  Case No. 24-11144-TMH
*Fee Application Detail - Novo Advisors*
*6/3/2024 - 6/30/2024*

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
| --- | --- | --- | --- | --- | --- | --- |
| 6/20/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 24 | Call with Controller and R. Wright, Dundon and his team re iSun DIP and other case issues. |
| 6/20/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 23 | Participate on Board call update. |
| 6/20/24 | R. Vanderbeek Jr. | 1.6 | 825 | 1,320.00 | 3 | Prepare for and participate in call with DIP and Senior Secured lender as well as CEO re DIP variance reporting. |
| 6/20/24 | R. Vanderbeek Jr. | 2.0 | 825 | 1,650.00 | 3 | Review DIP variance analysis and discuss same with controller. |
| 6/21/24 | C. Springer | 0.8 | 825 | 660.00 | 22 | Emails with Vanderbeek about allegations against the Debtors and other legal matters. |
| 6/21/24 | C. Springer | 0.4 | 825 | 330.00 | 25 | Call w/R. Vanderbeek re: sale issue. |
| 6/21/24 | R. Vanderbeek Jr. | 0.7 | 825 | 577.50 | 22 | Review and revise borrowing certificates and emails re same. |
| 6/21/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Participate on call with CBA Blue re benefits. |
| 6/21/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 23 | Participate on call with K. Myrick, EVP Operations re project status. |
| 6/21/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Calls with counsel re updates. |
| 6/21/24 | R. Vanderbeek Jr. | 0.7 | 825 | 577.50 | 16 | Review cash collateral objection and support for same. |
| 6/21/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 22 | Emails with M. Coles, Controller SunCommon re deposit accounts per US Trustee rules. |
| 6/21/24 | R. Vanderbeek Jr. | 1.1 | 825 | 907.50 | 24 | Review UCC information request list and review certain supporting documents. |
| 6/21/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 2 | Review invoices and approve payment and discuss same with Controller. |
| 6/21/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 22 | Emails with England re UCC. |
| 6/21/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 22 | Emails re Marcum and other OCP re next steps. |
| 6/24/24 | C. Springer | 0.5 | 825 | 412.50 | 16 | Review chart of payments and invoices for Novo in order to respond to Trustee's questions. |
| 6/24/24 | C. Springer | 0.3 | 825 | 247.50 | 22 | Revise language regarding conflicts check. |
| 6/24/24 | C. Springer | 0.3 | 825 | 247.50 | 3 | Review Notice of Default sent by DIP Lender. |
| 6/24/24 | C. Springer | 0.4 | 825 | 330.00 | 3 | Review DIP Order. |
| 6/24/24 | C. Springer | 0.3 | 825 | 247.50 | 23 | Discusssion with Rob Vanderbeek on DIP Order and Default. |
| 6/24/24 | C. Springer | 0.2 | 825 | 165.00 | 23 | Discusssion with M. Busenkell on DIP Order and Default. |
| 6/24/24 | R. Vanderbeek Jr. | 0.7 | 825 | 577.50 | 23 | Review comments re final first day motions and discuss same with R.Trenk. |
| 6/24/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 4 | Call with critical vendor re CV agreement and next steps. |
| 6/24/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Discussion with K.Kiser re Maine projects status. |
| 6/24/24 | R. Vanderbeek Jr. | 0.7 | 825 | 577.50 | 22 | Emails with counsel and operations re use of equipment. |
| 6/24/24 | R. Vanderbeek Jr. | 1.2 | 825 | 990.00 | 22 | Review of information for UCC and discuss same with R.Trenk. |
| 6/24/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 22 | Emails re accounting work and potential retention as well as OCP legal retainer letters. |

**iSun, Inc.**  Case No. 24-11144-TMH
*Fee Application Detail - Novo Advisors*
*6/3/2024 - 6/30/2024*

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 6/24/24 | R. Vanderbeek Jr. | 0.9 | 825 | 742.50 | 22 | Emails re borrower funding request and revise and discuss same with counsel. |
| 6/24/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 22 | Review responses to UCC issues list. |
| 6/24/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 16 | Review Pillowtex analysis and draft response to USTrustee re conflicts process. |
| 6/24/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 25 | Calls with K.Li, Siltstone re borrowing request. |
| 6/24/24 | R. Trenk | 0.5 | 525 | 262.50 | 25 | Call with K. Li, Clean Royalties, and R. Vanderbeek, Novo re: Liquidity update. |
| 6/24/24 | R. Trenk | 0.3 | 525 | 157.50 | 24 | Call with R. Wright, Dundon re: UCC requests. |
| 6/24/24 | R. Trenk | 1.8 | 525 | 945.00 | 2 | Review Variance report for the week ended 6/14 and schedule out adjustments to calculation to Liberty payroll. |
| 6/24/24 | R. Trenk | 0.3 | 525 | 157.50 | 7 | Review CIM and Teaser. |
| 6/24/24 | R. Trenk | 1.4 | 525 | 735.00 | 22 | Review UCC requests and draft response for Counsel and Advisors. |
| 6/24/24 | R. Trenk | 0.4 | 525 | 210.00 | 25 | Call with A. Woo and A. Newar, England re: UCC open items and update on sale process. |
| 6/24/24 | R. Trenk | 0.8 | 525 | 420.00 | 5 | Review project termination notices. |
| 6/24/24 | R. Trenk | 1.9 | 525 | 997.50 | 5 | Schedule out A/P, A/R and Contract amounts relating to terminated projects. |
| 6/24/24 | R. Trenk | 0.6 | 525 | 315.00 | 16 | Review default letter and other demand/legal notices. |
| 6/24/24 | R. Trenk | 0.6 | 525 | 315.00 | 23 | Meetings with Controller re: variance, liquidity and status of Schedules & Statements. |
| 6/25/24 | R. Trenk | 0.8 | 525 | 420.00 | 23 | Meeting with iSun team re: status of A/R collections. |
| 6/25/24 | R. Trenk | 1.7 | 525 | 892.50 | 5 | Review A/R status tracker and schedule out summary of receivables by customer. |
| 6/25/24 | R. Trenk | 0.6 | 525 | 315.00 | 2 | Review SunCommon Balance Sheets. |
| 6/25/24 | R. Trenk | 0.4 | 525 | 210.00 | 23 | Meeting with Controller to review iSun cash flow and Liberty cash flow projections. |
| 6/25/24 | R. Trenk | 0.7 | 525 | 367.50 | 4 | Review demand letters sent to Customers. |
| 6/25/24 | R. Trenk | 0.6 | 525 | 315.00 | 4 | Review SunCommon backlog file. |
| 6/25/24 | R. Trenk | 1.2 | 525 | 630.00 | 11 | Review headcount for the Debtors by salary/hourly and Company. |
| 6/25/24 | R. Trenk | 1.3 | 525 | 682.50 | 2 | Schedule out cash balance detail as of 6/21 and summarize liabilities for solvency allegations. |
| 6/25/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 5 | Participate in a AR meeting with finance and operations teams. |
| 6/25/24 | R. Vanderbeek Jr. | 0.6 | 825 | 495.00 | 2 | Review MCA and Cedar analysis of receipts and disbursements and discuss with C.Renner. |
| 6/25/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 22 | Emails with counsel and review of supplemental declaration re retention. |
| 6/25/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Meeting with Liberty to discuss AR and AP and review schedules re same. |
| 6/25/24 | R. Vanderbeek Jr. | 0.6 | 825 | 495.00 | 23 | Prepare for and participate in team finance meeting re closing pre-petition books. |
| 6/25/24 | R. Vanderbeek Jr. | 0.6 | 825 | 495.00 | 5 | Review revised AR collections tracker. |

**iSun, Inc.**  
*Fee Application Detail - Novo Advisors*  
*6/3/2024 - 6/30/2024*

Case No. 24-11144-TMH

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 6/25/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Participate in meeting with CEO re project strategy and DIP issues. |
| 6/25/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 4 | Review Liberty and SunCommon requests for payroll and disbursements. |
| 6/25/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 25 | Call with R.NeJame, England re marketing process and status. |
| 6/25/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 22 | Emails with A.Woo, England re NDA and SunCommon. |
| 6/25/24 | R. Vanderbeek Jr. | 0.3 | 825 | 247.50 | 23 | Review Committee requests and discuss same with R.Trenk. |
| 6/25/24 | R. Vanderbeek Jr. | 0.9 | 825 | 742.50 | 23 | Review DIP objections and discuss same with R.Trenk. |
| 6/25/24 | C. Springer | 1.0 | 825 | 825.00 | 16 | Review comments of US Trustee to Novo's engagement and address UST's comments with amended language. |
| 6/26/24 | R. Trenk | 1.0 | 525 | 525.00 | 25 | Call with GSBB, Novo, iSun, Clean Royalties and Decathlon re: weekly liquidity call. |
| 6/26/24 | R. Trenk | 0.5 | 525 | 262.50 | 24 | Call with Dundon Advisors re: weekly call with UCC advisors. |
| 6/26/24 | R. Trenk | 1.8 | 525 | 945.00 | 27 | Schedule out Staffing Report exhibit for June Fee Application and Invoices. |
| 6/26/24 | R. Trenk | 1.1 | 525 | 577.50 | 27 | Review draft staffing report and time and expense detail for June Fee Application. |
| 6/26/24 | R. Trenk | 1.7 | 525 | 892.50 | 2 | Review iSun cash activity for the week ended 6/21 and schedule out actuals. |
| 6/26/24 | R. Trenk | 0.6 | 525 | 315.00 | 2 | Draft forecast v. actuals for the 3-week period ended 6/21. |
| 6/26/24 | R. Trenk | 0.7 | 525 | 367.50 | 5 | Review A/R tracking file for lender group. |
| 6/26/24 | R. Trenk | 1.2 | 525 | 630.00 | 2 | Review SunCommon draft cash flow forecast for July-September. |
| 6/26/24 | R. Trenk | 1.6 | 525 | 840.00 | 2 | Schedule out accrued postpetition liabilities and forecast solvency of the debtors. |
| 6/26/24 | C. Springer | 1.0 | 825 | 825.00 | 23 | Status call with Sandeep and Rob Vanderbeek. |
| 6/26/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 4 | Review vendor disbursement requests. |
| 6/26/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Discuss payroll and other payments with C.Renner, Controller. |
| 6/26/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 25 | Call with Marcum re retention. |
| 6/26/24 | R. Vanderbeek Jr. | 1.1 | 825 | 907.50 | 23 | Call with counsel re DIP financing. |
| 6/26/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 25 | Call with CEO, Decathlon and CR and counsels re receipts update. |
| 6/26/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 24 | Call with the Committee re update. |
| 6/26/24 | R. Vanderbeek Jr. | 0.9 | 825 | 742.50 | 23 | Participate in meeting re SunVest projects with CEO and operations team. |
| 6/26/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 22 | Review revised responses to UCC issues list. |
| 6/26/24 | R. Vanderbeek Jr. | 0.3 | 825 | 247.50 | 22 | Review sales funnel and related emails. |
| 6/26/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 16 | Review final orders for 8 areas. |
| 6/26/24 | R. Vanderbeek Jr. | 0.7 | 825 | 577.50 | 23 | Discussions with R.Trenk re administrative solvency analysis. |

iSun, Inc.  Case No. 24-11144-TMH
*Fee Application Detail - Novo Advisors*
*6/3/2024 - 6/30/2024*

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 6/27/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 23 | Participate on company wide call re update and discuss same with CEO. |
| 6/27/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 2 | Review project event of default notice and discuss same with CR and CEO. |
| 6/27/24 | R. Vanderbeek Jr. | 1.1 | 825 | 907.50 | 5 | Review backlog and terminated projects and discussed same with finance and operations teams. |
| 6/27/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 4 | Review vendor disbursements and invoices from SunCommon and Liberty. |
| 6/27/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 7 | Review Debtors response to DIP and bidding procedures objections by Committee, MCA and UST. |
| 6/27/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 5 | Review AR collections tracker to prepare for call. |
| 6/27/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 22 | Review updated UCC issues list. |
| 6/27/24 | R. Vanderbeek Jr. | 0.3 | 825 | 247.50 | 22 | Emails re OCP issues. |
| 6/27/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 22 | Emails re Board issues. |
| 6/27/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 2 | Review of SunCommon cash flow. |
| 6/27/24 | R. Vanderbeek Jr. | 1.2 | 825 | 990.00 | 3 | Review of DIP financing hearing testimony outline. |
| 6/27/24 | R. Vanderbeek Jr. | 0.6 | 825 | 495.00 | 11 | Review of headcount reduction schedule by company. |
| 6/27/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 23 | Discussion with CEO as well as K.Li, SS re projects. |
| 6/27/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 2 | Send payments re payroll and professional fees. |
| 6/27/24 | R. Trenk | 1.2 | 525 | 630.00 | 23 | Meeting with Finance team re: Schedules & Statements first draft. |
| 6/27/24 | R. Trenk | 1.8 | 525 | 945.00 | 11 | Review weekly payroll disbursements for iSun and schedule out payroll accrual. |
| 6/27/24 | R. Trenk | 1.6 | 525 | 840.00 | 2 | Schedule out restructuring professional fee accruals. |
| 6/27/24 | R. Trenk | 1.7 | 525 | 892.50 | 5 | Review A/R report and schedule out summary of active projects. |
| 6/27/24 | R. Trenk | 1.4 | 525 | 735.00 | 5 | Draft status updates for both active and terminated projects included in Accounts Receivable. |
| 6/27/24 | R. Trenk | 1.7 | 525 | 892.50 | 5 | Reconcile Accounts Receivable aging to A/R included in active project listing. |
| 6/27/24 | R. Trenk | 0.4 | 525 | 210.00 | 23 | iSun Company meeting. |
| 6/27/24 | R. Trenk | 1.3 | 525 | 682.50 | 2 | Schedule out summary analysis of solvency. |
| 6/27/24 | C. Springer | 1.0 | 825 | 825.00 | 16 | Review pleadings filed by merchant bankers in case alleging ownership in certain accounts. |
| 6/28/24 | R. Trenk | 1.0 | 525 | 525.00 | 25 | Call with W. Cantwell, Decathlon, J. Peck, iSun and R. Vanderbeek, Novo re: A/R and DIP budget. |
| 6/28/24 | R. Trenk | 1.3 | 525 | 682.50 | 22 | Review UCC responses and schedule out updates to professional fee budget in DIP budget. |
| 6/28/24 | R. Trenk | 1.7 | 525 | 892.50 | 2 | Roll forward DIP budget for reporting package. |
| 6/28/24 | R. Trenk | 0.9 | 525 | 472.50 | 5 | Schedule out A/R for terminated projects. |
| 6/28/24 | R. Trenk | 1.1 | 525 | 577.50 | 2 | Schedule out roll forward of expenses for revised forecast. |

**iSun, Inc.**  
Case No. 24-11144-TMH  
*Fee Application Detail - Novo Advisors*  
*6/3/2024 - 6/30/2024*

| Date | Name | Hours | Bill Rate | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 6/28/24 | R. Trenk | 1.4 | 525 | 735.00 | 5 | Review A/R detail and schedule out roll forward of estimated receipt collections. |
| 6/28/24 | R. Trenk | 1.6 | 525 | 840.00 | 7 | Review A/P liabilities related to APA schedule. |
| 6/28/24 | C. Springer | 1.0 | 825 | 825.00 | 22 | Review issues pertaining to Merchant banker situation and confer via email with Sandeep and Rob. |
| 6/28/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 23 | Call with counsel re DIP and other Committee issues. |
| 6/28/24 | R. Vanderbeek Jr. | 1.0 | 825 | 825.00 | 25 | Update call with the Board. |
| 6/28/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 25 | Call with secured lender re project AR. |
| 6/28/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 5 | Review revised AR trackers. |
| 6/28/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 4 | Review vendor disbursements schedule. |
| 6/28/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 16 | Review of Cedar MCA complaint. |
| 6/28/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 16 | Review of final orders and second interim management order. |
| 6/28/24 | R. Vanderbeek Jr. | 1.1 | 825 | 907.50 | 2 | Review revised DIP budget. |
| 6/28/24 | R. Vanderbeek Jr. | 0.8 | 825 | 660.00 | 25 | Call with counsel and R.NeJame, England re DIP testimony. |
| 6/28/24 | R. Vanderbeek Jr. | 0.3 | 825 | 247.50 | 7 | Review draft plan term sheet. |
| 6/28/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 22 | Review revised Committee issues list. |
| 6/28/24 | R. Vanderbeek Jr. | 0.3 | 825 | 247.50 | 3 | Review revised DIP final order. |
| 6/28/24 | R. Vanderbeek Jr. | 0.5 | 825 | 412.50 | 2 | Review weekly liquidity forecasts and emails re same. |
| 6/29/24 | R. Vanderbeek Jr. | 0.4 | 825 | 330.00 | 7 | Review draft declaration re bid procedures. |
| 6/29/24 | R. Vanderbeek Jr. | 0.6 | 825 | 495.00 | 22 | Review revised UCC issues list and revised draft plan term sheet. |
| **Total** | | **249.6** | | **$ 179,490.00** | | |