## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>iSun, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11144 (TMH)<br><br>(Jointly Administered)<br><br>RE: D.I. 65, 183, 185, 186 and 226 |

### THIRD SUPPLEMENTAL NOTICE OF POTENTIAL CONTRACT ASSUMPTION AND ASSIGNMENT

**PLEASE TAKE NOTICE** that on June 7, 2024, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Motion For Entry Of Orders (A) (I) Approving Bid Procedures In Connection With The Sale Of Substantially All Of The Debtors' Assets, (II) Scheduling An Auction And A Sale Hearing, (III) Approving The Form And Manner Of Notice Thereof, (IV) Authorizing The Debtors To Enter Into The Stalking Horse Agreement, (V) Approving Procedures For The Assumption And Assignment Of Contracts And Leases, And (VI) Granting Related Relief; And (B) (I) Approving The Purchase Agreement; (II)) Approving The Sale Of Substantially All Of The Debtors' Assets Free And Clear; (III) Approving The Assumption And Assignment Of Contracts And Leases; And (IV) Granting Related Relief* [Docket No. 65] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**") seeking, among other things, entry of an order (the "**Sale Order**") authorizing and approving: (a) the sale of Debtors' assets (the "**Assets**") free and clear of liens, claims, encumbrances, and other interests, with all such liens, claims, encumbrances, and other interests attaching with the same validity and priority to the sale proceeds, except as set forth in the applicable Purchase Agreement and subject to higher or otherwise better offers (the "**Sale**"); and (b) procedures for the assumption and assignment of executory contracts and unexpired leases (collectively, the "**Contracts**"). Please note that all capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that on July 10, 2024, the Court entered an order (the "**Bid Procedures Order**") granting certain of the relief sought in the Motion, including, among other things, approving: (a) the Bid Procedures (the "**Bid Procedures**") for the Sale of the

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) iSun, Inc. ("iSun") (0172) (ii) Hudson Solar Service, LLC ("Hudson") (1635); (iii) Hudson Valley Clean Energy, Inc. ("Hudson Valley") (8214); (iv) iSun Corporate, LLC ("iSun Corporate") (4391); (v) iSun Energy, LLC ("iSun Energy") (1676); (vi) iSun Industrial, LLC ("iSun Industrial") (4333); (vii) iSun Residential, Inc. ("iSun Residential") (3525); (viii) iSun Utility, LLC ("iSun Utility") (4411) ; (ix) Liberty Electric, Inc. ("Liberty") (8485); (x) Peck Electric Co. ("Peck") (5229); (xi) SolarCommunities , Inc. ("SolarCommunities") (7316); and (xii) Sun CSA 36, LLC ("Sun CSA") (7316); (collectively referred to as the "Debtors"). The Debtors' mailing address is: 400 Avenue D, Suite 10 Williston, Vermont 05495, with copies to Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

Assets; and (b) procedures for the assumption and assignment of the Contracts (the "**Assumption Procedures**").

**PLEASE TAKE FURTHER NOTICE** that on July 23, 2024, Debtors filed a *Notice of Successful Bidder and Cancellation of Auction* (the "**Successful Bidder Notice**"), which cancelled the Auction scheduled for July 24, 2024 and designated the Stalking Horse Bidder as the Successful Bidder for the Assets, subject to the Stalking Horse Bidder's right to add additional assumed contracts to the Stalking Horse Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale at a hearing scheduled to commence on or before **August 12, 2024 at 2:00 p.m. (ET)** (the "**Sale Hearing**") before the Honorable Thomas M. Horan, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware, at Courtroom No. 4, 824 N. Market St., 5th Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE that you are receiving this notice (the "Supplemental Contract Notice") because you or one of your affiliates may be a counterparty to one or more of the Contracts with the Debtors as set forth on Exhibit A attached hereto (the "Supplemental Contract Schedule")[2]. If the Court enters the Sale Order, the Debtor may assume and assign to the Stalking Horse (or to another Successful Bidder selected at the Auction, if any) or reject the Contract listed on the Contract Schedule, to which you are a counterparty, either as of the Closing Date or a later date pursuant to the Stalking Horse Purchase Agreement or the Successful Bidder Purchase Agreement.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined that the cure amounts necessary to cure all defaults, if any, and to pay all actual or pecuniary loses that have resulted from such defaults under the Contracts (the "**Cure Amounts**") are in the total amount as set forth on the Contract Schedule attached hereto as Exhibit A.

### Obtaining Additional Information

Copies of the Motion, Bid Procedures, and Bid Procedures Order, as well as all related exhibits, including the proposed Sale Order, are available: (a) upon request to counsel to the Debtors, Michael Busenkell, Esq., mbusenkell@gsbblaw.com, or (b) for a fee via PACER by visiting https://ecf.deb.uscourts.gov/.

### Filing Assumption and Assignment Objections

Pursuant to the Assumption Procedures, objections to the proposed assumption and assignment of an Assigned Contract, including any objection relating to the Cure Amount and/or adequate assurance of future performance (collectively, an "**Supplemental Contract Objection**"), must: (a) be in writing; (b) state with specificity the nature of such objection and alleged Cure Amount, including applicable and appropriate documentation in support of such alleged Cure Amount; (c) comply with the Bankruptcy Rules and the Local Rules; (d) for Supplemental Contract Objections to any Cure Amount set forth on Exhibit A attached hereto or

---

[2] This Contract Notice is being sent to counterparties to contracts that may be executory contracts. This Contract Notice is not an admission by the Debtors that such contract is executory or unexpired.

to the assumption and assignment of an Assigned Contract to the Successful Bidder, be filed with the Court and served so as to be ***actually received*** by **August 9, 2024 4:00 p.m. (ET)**; and (e) for Supplemental Contract Objections to the adequate assurance of future performance by a Qualified Bidder, be filed with the Court and served so as to be ***actually received*** at or prior to the Sale Hearing, which is scheduled on or before **August 12, 2024 at 2:00 p.m. (ET)**.

Any timely filed Supplemental Contract Objections made prior to the Sale Hearing will be considered at the Sale Hearing, or another date agreed to by the parties, and must be served on the following parties:

| Counsel to the Debtors | Counsel to the Creditors' Committee |
|---|---|
| Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange St., 3rd Floor<br>Wilmington, Delaware 19801<br>Attn: Michael Busenkell, Esq.<br>mbusenkell@gsbblaw.com | Benesch Friedlander Coplan & Aronoff LLP,<br>1313 North Market Street, Suite 1201,<br>Wilmington, DE 19801 6101,<br>Attn: Jennifer Hoover<br>jhoover@beneschlaw.com<br>Kevin Capuzzi<br>kcapuzzi@beneschlaw.com)<br><br>and<br><br>Seward & Kissel LLP,<br>One Battery Park Plaza,<br>New York, NY 10004,<br>Attn: Robert J. Gayda<br>gayda@sewkis.com<br>Catherine V. LoTempio<br>lotempio@sewkis.com |
| **Counsel to the** DIP Lender | **The United States Trustee** |
| Young Conaway Stargatt & Taylor, LLP<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801<br>Attn:  Ryan M. Bartley, Esq. | Office of the United States Trustee for the<br>District of Delaware<br>J. Caleb Boggs Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Attn: Timothy J. Fox Esq. |

If any timely filed Supplemental Contract Objection cannot be resolved by the Successful Bidder arising from the Auction, if any, and the objecting party, the Court shall resolve such Supplemental Contract Objection prior to assumption and assignment of such designated Contract, and upon entry of an order by the Court resolving such Supplemental Contract Objection, the assignment, if approved by the Court, shall be deemed effective as of the date such objecting party receives the Assumption Notice.  To the extent that any Supplemental Contract Objection cannot be resolved by the parties, such Contract shall be assumed and assigned only upon satisfactory resolution of the Supplemental Contract Objection, to be determined in the reasonable discretion of the Successful Bidder arising from the Auction, if any, and until such time as the Supplemental Contract Objection can be resolved, the Contract shall be conditionally assumed and assigned pending a resolution of the Supplemental Contract Objection after notice and a hearing.

## <u>CONSEQUENCES OF FAILING TO TIMELY FILE AND SERVE AN OBJECTION</u>

**ANY COUNTERPARTY TO AN ASSIGNED CONTRACT WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF AN ASSIGNED CONTRACT AND/OR THE CURE AMOUNT SET FORTH ON <u>EXHIBIT A</u> ATTACHED HERETO IN ACCORDANCE WITH THE BID PROCEDURES ORDER AND THE ASSUMPTION PROCEDURES SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE ASSUMPTION AND ASSIGNMENT OF THE ASSIGNED CONTRACT AND/OR THE CURE AMOUNT SET FORTH ON <u>EXHIBIT A</u> ATTACHED HERETO, INCLUDING ASSERTING ADDITIONAL CURE AMOUNTS WITH RESPECT TO THE ASSIGNED CONTRACT RELATING TO ANY PERIOD PRIOR TO THE TIME OF ASSUMPTION AND ASSIGNMENT.**

Dated: July 30, 2024

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Amy D. Brown (DE 4077)
Michael Van Gorder (DE 6214)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
abrown@gsbblaw.com
mvangorder@gsbblaw.com

*Counsel to the Debtors and Debtors-in-Possession*

**Exhibit A**

**Assigned Contracts**[3]

---

[3] The presence of a contract or lease on this Exhibit A does not constitute an admission by the Debtor that such contract is an executory contract or such lease is an unexpired lease pursuant to section 365 of the Bankruptcy Code or any other applicable law, and the Debtor reserves all rights to withdraw any proposed assumption and assignment or to reject any contract or lease at any time before such contract or lease is assumed and assigned pursuant to an order of the Court.

| CASE # | DEBTOR NAME | COUNTER PARTY | CONTRACT DESCRIPTION | Cure Amount |
|--------|-------------|---------------|----------------------|-------------|
| 24-11154 | SolarCommunities, Inc. | BETA Technologies, Inc. | Development Services Agreement, dated 4/18/2022 | $0.00 |
| 24-11154 | SolarCommunities, Inc. | BETA Technologies, Inc. | Roof Sublease dated 11/15/2023 | $0.00 |
| 24-11153 | Peck Electric Co. | Vermont Public Radio | Site Lease Agreement dated 8/19/2015 | $0.00 |
| 24-11153 | Peck Electric Co. | Vermont Public Radio | Group Net Metering Agreement dated 8/19/2015 | $0.00 |
| 24-11153 | Peck Electric Co. | Green Mountain Power Corp. | Generation Interconnection Agreement (GMP Acct # 30154450305; CPG #NM-6358 9/11/2015) | $0.00 |
| 24-11153 | Peck Electric Co. | Solaflect Properties V, LLC | Solar System Site Lease Agreement dated 10/24/2016 | $0.00 |
| 24-11153 | Peck Electric Co. | Town of St. Johnsbury | Group Net Metering Agreement dated 9/11/2015 | $0.00 |
| 24-11153 | Peck Electric Co. | Green Mountain Power Corp. | Generation Interconnection Agreement (GMP Acct # 52723033412; CPG #NM-6393 9/24/2015) | $0.00 |
| 24-11153 | Peck Electric Co. | State of Vermont | Easement Deed, 103 South Main Street, Waterbury Vermont, dated 12/22/2015 | $0.00 |
| 24-11153 | Peck Electric Co. | State of Vermont | Group Net Metering Agreement dated 12/8/2015 | $0.00 |
| 24-11153 | Peck Electric Co. | Green Mountain Power Corp. | Generation Interconnection Agreement (GMP Acct #66463854829; CPG #NM-6824 10/21/2015) | $0.00 |
| 24-11153 | Peck Electric Co. | West River Modified Union Education District | Lease Agreement dated 12/3/2019 | $0.00 |
| 24-11153 | Peck Electric Co. | Green Mountain Power Corp. | Generation Interconnection Agreement (GMP Acct #47528115414; CPG #16-00063-NMP 7/10/2017) | $0.00 |
| 24-11153 | Peck Electric Co. | Jamaica Village School | Solar Power and Services Agreement dated 7/25/2017 | $0.00 |
| 24-11153 | Peck Electric Co. | Vermont State Colleges/Vermont Technical C | Solar Power and Services Agreement dated 12/21/2015 | $0.00 |
| 24-11153 | Peck Electric Co. | Leland & Gray Union Middle and High School | Solar Power and Services Agreement dated 8/14/2017 | $0.00 |
| 24-11153 | Peck Electric Co. | Wardsboro Elementary School | Solar Power and Services Agreement dated 9/5/2017 | $0.00 |
| 24-11153 | Peck Electric Co. | Windham Elementary School | Solar Power and Services Agreement dated 8/7/2017 | $0.00 |
| 24-11153 | Peck Electric Co. | Townshend Elementary School | Solar Power and Services Agreement dated 8/14/2017 | $0.00 |
| 24-11153 | Peck Electric Co. | The Brookline-Newfane Joint Contract Board | Solar Power and Services Agreemetn dated 8/6/2015 as amended on 6/30/2017 | $0.00 |
| 24-11153 | Peck Electric Co. | Ronald and Susan Fenn | Lease Agreement dated 5/30/2018 | $0.00 |
| 24-11153 | Peck Electric Co. | Vermont State Colleges | Solar Power & Services Agreement dated 11/1/2015 | $0.00 |
| 24-11153 | Peck Electric Co. | Green Mountain Power Corp. | Generation Interconnection Agreement, dated 12/5/2017 (GMP Acct#210300056689; CPG #16-0065-NMP 11/8/2017 ) | $0.00 |
| 24-11153 | Peck Electric Co. | Matt Dunne and Sarah Taylor | Lease Agreement dated 10/15/2014 | $0.00 |
| 24-11153 | Peck Electric Co. | Town of Hartford | Group Net Metering Agreement dated 11/3/2014 | $0.00 |
| 24-11153 | Peck Electric Co. | Green Mountain Power Corp. | Generation Interconnection Agreement (GMP Acct #47106174668; CPG #NM-5073 10/15/2014) | $0.00 |
| 24-11153 | Peck Electric Co. | John H. and Carmen L. Palmer D/B/A Misty Kn | Lease Agreement dated 3/26/2014 | $0.00 |
| 24-11153 | Peck Electric Co. | Middlebury Natural Foods | Net Metering Agreement dated 4/11/2014 | $0.00 |
| 24-11153 | Peck Electric Co. | Green Mountain Power Corp. | Generation Interconnection Agreement (GMP Acct #54722317721; CPG #16-0065-NMP 11/8/2017) | $0.00 |
| 24-11153 | Peck Electric Co. | Edward and Shirley Gervais Family Trust dated | Site Lease Agreement dated 8/22/2014, as amended on 4/25/2015 | $0.00 |
| 24-11153 | Peck Electric Co. | Town of Middlebury | Net Metering Agreement dated 8/19/2014 | $0.00 |
| 24-11153 | Peck Electric Co. | Green Mountain Power Corp. | Generation Interconnection Agreement (GMP Acct #58555525219; CPG #NM-5056 11/26/2014) | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Harvey E. and Mary A. Bushey | Permanent Easement dated 11/3/2014 | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Green Mountain Power Corp. | Generation Interconnection Agreement (CPG #NM-5162 10/30/2014) | $0.00 |
| 24-11154 | SolarCommunities, Inc. | CDG Huron Solar 1, LLC | Service Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | CDG Sodus Solar 1 ,LLC | Service Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | CSA Parma Solar 1, LLC | Service Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 20, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 23, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 27, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 34, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 35, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 37, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 38, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 41, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 45, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 54, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 55, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 59, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 60, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Sun CSA 61, LLC | Service Agreement: Asset Management, Operation, and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Conway 302 Solar, LLC | Project Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | NESG Laconia 1 Solar, LLC | Project Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Conway 302 Solar, LLC | Maintenance Agreement: Operation and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | NESG Laconia 1 Solar, LLC | Maintenance Agreement: Operation and Maintenance Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Novus Rock Pit Solar LLC | Maintenance Agreement: Operation and Maintenance Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Jason Wyman | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Mark Osborne | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Ben Owens | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Rene Morrissette | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Marc Christie | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Pete Gold | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Daniel Hament | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Jerry Dukas | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Karl Meisterling | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Marnie MacKenzie | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Amy DiPalma | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Joanne Crawford | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Chris Reeder | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Deborah Shelby | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Anne Quinn | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Clarence Ogilvie | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Mike Williamson | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Harvey Bushey | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Kenneth Lawrence | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Paula Cutting | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | jed emerson | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Allison Bannister | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Peter Czaja | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Elizabeth Monley | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Diane Fitzgerald | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Craig Reeves | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Gillian Trevithick | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Tom Talbot | CSA Membership Agreement/Residential Agreement | $0.00 |

| 24-11155 | Sun CSA 36, LLC | Arnold Benjamin | CSA Membership Agreement/Residential Agreement | $0.00 |
|---|---|---|---|---|
| 24-11155 | Sun CSA 36, LLC | William Mercier | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Bethany Creaser | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Jeffrey Hullstrung | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Abbi Jaffe | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Russ Weis | CSA Membership Agreement/Residential Agreement | $0.00 |
| 24-11154 | SolarCommunities, Inc. | 1Password | Passwords | $0.00 |
| 24-11154 | iSun, Inc., et al. | Adobe Systems, Inc. | Creative software | $0.00 |
| 24-11154 | SolarCommunities, Inc. | AFI Technologies Inc | Data protection provider | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Amazon Web | Hosts VM for VT | $0.00 |
| 24-11144 | iSun, Inc., et al. | Aurora Solar - Heliscope | Commercial & industrial design software | $0.00 |
| 24-11144 | iSun, Inc., et al. | Autodesk & AutoCAD | Design software | $0.00 |
| 24-11144 | iSun, Inc. | Bluebeam Software | iSun Industrial construction software | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Calendly | Sales appointments | $0.00 |
| 24-11154 | SolarCommunities, Inc. | CDW Direct LLC | SunCommon purchases equipment | $0.00 |
| 24-11154 | SolarCommunities, Inc. | ChannelMix | Marketing analytics | $0.00 |
| 24-11154 | iSun, Inc., et al. | Comcast Business | Internet services | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Connection | IT solutions provider | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Consolidated Communications | Internet, phone services | $0.00 |
| 24-11154 | SolarCommunities, Inc. | DocuSign | Contract signing | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Expensify | Expense Tracking | $0.00 |
| 24-11154 | SolarCommunities, Inc. | GoTo Technologies USA, Inc. | Business & IT support software | $0.00 |
| 24-11155 | Sun CSA 36, LLC | Intuit (Quickbooks Online) | CSA program finance software | $0.00 |
| 24-11154 | SolarCommunities, Inc. | JAMF Now | Device control and security | $0.00 |
| 24-11154 | SolarCommunities, Inc. | JAMF Pro | Device control and security | $0.00 |
| 24-11154 | SolarCommunities, Inc. | JAMF Software LLC | SunCommon Apple device management | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Meraki | LAN network | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Mircom | Door locks Vermont | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Nest | NY security cameras | $0.00 |
| 24-11154 | iSun, Inc., et al. | NetSuite | ERP system used by all entities | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Office 365 - SunCommon | Excel, some Word use | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Okta | SSO provider | $0.00 |
| 24-11154 | SolarCommunities, Inc. | OWN Backup | SF backup | $0.00 |
| 24-11154 | SolarCommunities, Inc. | OwnCompany Inc | Data platform | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Paystand | Invoice collection software | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Spectrum | NY Internet | $0.00 |
| 24-11144 | iSun & Liberty | TPX Communications | iSun Industrial phone system | $0.00 |
| 24-11154 | SolarCommunities, Inc. | TransUnion | Credit reporting | $0.00 |
| 24-11144 | iSun, Inc., et al. | Verizon | Mobile device vendor | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Vonage Business Inc. | SunCommon phone system | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Wordpress | Website CMS | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Zapier | Facebook to SF integration | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Zoom | Remote Meetings | $0.00 |
| 24-11144 | iSun, Inc., et al. | PEX Card | Business pre-paid credit cards | $0.00 |
| 24-11144 | iSun, Inc. | BlueHouse Group | Hosts iSun Website | $0.00 |
| 24-11153 | Peck Electric Co. | J Studio Creative | Hosts Peck Electric Website | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Scanifly | Solar Design Software | $0.00 |
| 24-11144 | iSun, Inc., et al. | SolarEdge | Inverter Software | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Solis | Energy storage for inverters | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Enphase | Inverter Software | $0.00 |
| 24-11154 | SolarCommunities, Inc. | Fronius | PV Design Software | $0.00 |