**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> iSun, Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-11144 (TMH) <br><br> (Jointly Administered) <br><br> **RE: D.I. 484** |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO THE ADMIN CLAIM MOTION OF BAYWA R.E. SOLAR SYSTEMS, LLC**

The official committee of unsecured creditors (the "Committee") appointed in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby submits this limited objection and reservation of rights (the "Limited Objection") to the *Motion of BayWa R.E. Solar Systems, LLC, for Allowance of Administrative Expense Claim Pursuant to Section 503(b)(9) of the Bankruptcy Code* [Docket No. 484] (the "Admin Claim Motion")[2] seeking allowance of an administrative expense claim in the amount of $68,938.56 pursuant to section 503(b)(9) of the Bankruptcy Code. In support of this Limited Objection, the Committee respectfully states as follows:

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) iSun, Inc. ("iSun") (0172) (ii) Hudson Solar Service, LLC ("Hudson") (1635); (iii) Hudson Valley Clean Energy, Inc. ("Hudson Valley") (8214); (iv) iSun Corporate, LLC ("iSun Corporate") (4391); (v) iSun Energy, LLC ("iSun Energy") (1676); (vi) iSun Industrial, LLC ("iSun Industrial") (4333); (vii) iSun Residential, Inc. ("iSun Residential") (3525); (viii) iSun Utility, LLC ("iSun Utility") (4411) ; (ix) Liberty Electric, Inc. ("Liberty") (8485); (x) Peck Electric Co. ("Peck") (5229); (xi) SolarCommunities , Inc. ("SolarCommunities") (7316); and (xii) Sun CSA 36, LLC ("Sun CSA") (7316); (collectively referred to as the "Debtors"). The Debtors' mailing address is: 400 Avenue D, Suite 10 Williston, Vermont 05495, with copies to Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Admin Claim Motion.

## LIMITED OBJECTION AND RESERVATION OF RIGHTS

1. The Admin Claim Motion provides that on or around May 15, 2024, Debtor SolarCommunities, Inc., d/b/a SunCommon ("SunCommon") placed an order with BayWa r.e. Solar Systems, LLC ("BayWa"), for a total invoice amount of $68,938.56. Pursuant to the Admin Claim Motion, BayWa requests allowance of an administrative expense claim in the amount of $68,938.56 pursuant to section 503(b)(9) of the Bankruptcy Code.

2. The Committee does not object to the allowance of an administrative expense claim in favor of BayWa in the amount of $68,938.56 against SunCommon. The Committee files this limited objection to the extent that the proposed order granting the Admin Claim Motion (the "Proposed Order") seeks to grant BayWa an administrative expense claim against each of the Debtors or any Debtor other than SunCommon—for which there is no support provided in the Admin Claim Motion.

## RESERVATION OF RIGHTS

3. Nothing contained herein shall constitute a waiver of any of the Committee's rights or remedies under the Bankruptcy Code or applicable law, including, without limitation the right to supplement this Limited Objection or to otherwise assert additional objections to the Admin Claims Motion.

## CONCLUSION

WHEREFORE, for the reasons set forth herein, the Committee respectfully requests that the Court deny entry of the Proposed Order unless and until it is revised to provide for the allowance of an administrative claim in the amount of $68,938.56 against Debtor SolarCommunities, Inc., d/b/a SunCommon pursuant to section 503(b)(9) of the Bankruptcy Code.

Dated: September 30, 2024
       Wilmington, Delaware

Respectfully submitted,

 /s/ *Jennifer R. Hoover*
Jennifer R. Hoover (DE 5111)
Kevin M. Capuzzi (DE 5462)
Steven L. Walsh (DE 6499)
Juan E. Martinez (DE 6863)
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com
       kcapuzzi@beneschlaw.com
       swalsh@beneschlaw.com
       jmartinez@beneschlaw.com

-and-

Robert J. Gayda
Catherine V. LoTempio
Andrew J. Matott
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 450-8421
Email: gayda@sewkis.com
      lotempio@sewkis.com
      matott@sewkis.com

*Counsel to the Official Committee of Unsecured Creditors*