## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>iSun, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11144 (TMH)<br>(Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 22, 2024, AT 10:00 AM, 3rd FLOOR, COURTROOM 7

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT AS NO MATTERS ARE GOING FORWARD**

### MATTER SUBMITTED UNDER CERTIFICATION:

1. Debtors' Motion for Entry of an Order (I) Extending the Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Granting Related Relief [D.I. 485; Filed September 24, 2024].

    Related Documents:

    A. Certificate of No Objection for Debtors' Motion for Entry of an Order (I) Extending the Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Granting Related Relief [D.I. 524; Filed October 9, 2024].

    B. Order (I) Extending the Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Granting Related Relief [D.I. 526; Entered October 10, 2024].

    Objection/Response Deadline:  October 8, 2024, at 4:00 pm (ET).

    Responses Received: None.

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) iSun, Inc. ("iSun") (0172) (ii) Hudson Solar Service, LLC ("Hudson") (1635); (iii) Hudson Valley Clean Energy, Inc. ("Hudson Valley") (8214); (iv) iSun Corporate, LLC ("iSun Corporate") (4391); (v) iSun Energy, LLC ("iSun Energy") (1676); (vi) iSun Industrial, LLC ("iSun Industrial") (4333); (vii) iSun Residential, Inc. ("iSun Residential") (3525); (viii) iSun Utility, LLC ("iSun Utility") (4411) ; (ix) Liberty Electric, Inc. ("Liberty") (8485); (x) Peck Electric Co. ("Peck") (5229); (xi) SolarCommunities , Inc. ("SolarCommunities") (7316); and (xii) Sun CSA 36, LLC ("Sun CSA") (7316); (collectively referred to as the "Debtors"). The Debtors' mailing address is: 400 Avenue D, Suite 10 Williston, Vermont 05495, with copies to Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

[2] Amended items appear in **bold.**

    Status: An Order was entered on October 10, 2024. This matter is not going forward.

**ADJOURNED MATTERS:**

2. Motion of Toyota Industries Commercial Finance, Inc., for Relief from Automatic Stay Due to Lack of Adequate Protection [D.I. 412; Filed August 27, 2024].

    Related Documents:

    A. Designation Notice [D.I. 441; Filed September 9, 2024].

    Objection/Response Deadline: September 9, 2024.

    Responses Received:

    B. Debtors' Limited Objection and Reservation of Rights Regarding The Motion of Toyota Industries Commercial Finance, Inc. For Relief From Automatic Stay Due to Lack of Adequate Protection [D.I. 442; Filed September 9, 2024].

    **Status: This matter is adjourned to November 15, 2024, at 2:00 pm (ET).**

3. Designation Notice [D.I. 441; Filed September 9, 2024].

    Related Documents: N/A

    Objection/Response Deadline: September 19, 2024.

    Responses Received:

    A. Toyota Industries Commercial Finance Inc.'s Objection to the Designation Notice [D.I. 476; Filed September 19, 2024].

    **Status: This matter is adjourned to November 15, 2024, at 2:00 pm (ET).**

Dated: October 21, 2024

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Amy D. Brown (DE 4077)
Michael Van Gorder (DE 6214)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
abrown@gsbblaw.com
mvangorder@gsbblaw.com

*Counsel to the Debtors and Debtors-in-Possession*

3