**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>iSun, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11144 (TMH)<br>(Jointly Administered)<br><br>RE: D.I. 644, 657 and 661 |

**ORDER APPROVING STIPULATION AND SETTLEMENT RESOLVING DEBTORS'
DEMAND FOR REIMBURSEMENT AND PAYMENT FROM PURCHASER BETWEEN
THE DEBTORS AND CLEAN ROYALTIES, LLC
PURSUANT TO BANKRUPTCY RULE 9019**

Upon consideration of the Debtors' *Motion for Approval of the Stipulation and Settlement Resolving Debtors' Demand for Reimbursement and Payment from Purchaser Between the Debtors and Clean Royalties, LLC Pursuant to Bankruptcy Rule 9019* (the "Motion"), and the Court having reviewed the Settlement Agreement, dated January 8, 2025 (the "Settlement Agreement"), a copy of which is attached hereto as Exhibit 1; and good cause appearing for the relief requested herein, it is hereby:

**ORDERED AND DECREED THAT:**

1. The Settlement Agreement is authorized and approved in its entirety.

2. Effective as of the date of entry of this Order, but subject to Clean Royalties making the Payment, Clean Royalties and its direct and indirect parents, subsidiaries, affiliates, members, managers, officers and professionals (the "Clean Royalties Parties") shall have no further payment

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) iSun, Inc. ("iSun") (0172) (ii) Hudson Solar Service, LLC ("Hudson") (1635); (iii) Hudson Valley Clean Energy, Inc. ("Hudson Valley") (8214); (iv) iSun Corporate, LLC ("iSun Corporate") (4391); (v) iSun Energy, LLC ("iSun Energy") (1676); (vi) iSun Industrial, LLC ("iSun Industrial") (4333); (vii) iSun Residential, Inc. ("iSun Residential") (3525); (viii) iSun Utility, LLC ("iSun Utility") (4411) ; (ix) Liberty Electric, Inc. ("Liberty") (8485); (x) Peck Electric Co. ("Peck") (5229); (xi) SolarCommunities , Inc. ("SolarCommunities") (7316); and (xii) Sun CSA 36, LLC ("Sun CSA") (7316); (collectively referred to as the "Debtors"). The Debtors' mailing address is: 400 Avenue D, Suite 10 Williston, Vermont 05495, with copies to Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

obligations to the Debtors and their estates under the Sale Order and Stalking Horse Agreement, and the Debtors and their estates (and any party claiming through them or on their behalf, whether directly or derivatively) shall conclusively, absolutely, unconditionally, irrevocably, and forever release and be deemed to have released the Clean Royalties Parties from any and all claims or causes of action of any kind whatsoever, whether known or unknown, asserted or not yet asserted, arising out of the Sale Order or Stalking Horse Purchase Agreement.

3. The Parties are authorized to take all actions necessary to effectuate the Settlement Agreement and the relief granted pursuant to this Order.

4. This Order is immediately effective and enforceable.

5. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Stipulation or the implementation of this Order.

**Dated: January 24th, 2025**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**